1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRESTON JONES, on behalf of himself, all others similarly situated, and the general public,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>NUTIVA, INC.,<br><br>　　　　　　　Defendant. | Case No: 3:16-cv-00711-HSG<br><br>**SCHEDULING ORDER**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr. |

Pursuant to the parties' stipulation, and for good cause shown, the Court adopts the parties' proposed schedule through class certification. Accordingly, the case schedule is as follows.

| Event | Date |
| --- | --- |
| Deadline to file motion for leave to amend pleadings | December 5, 2016 |
| Deadline to disclose experts (including reports) to be used in support of or opposition to class certification[1] | May 8, 2017 |
| Deadline to disclose rebuttal experts (including reports) to be used in support of or in opposition to class certification | July 7, 2017 |
| Last date to file class certification motion | Thursday, July 27, 2017 |
| Deadline for completing depositions of opening and rebuttal experts whose testimony will be used to support or oppose class certification | August 14, 2017 |
| Deadline to file opposition to class certification motion | 4 weeks after motion filed |
| Deadline to file reply in support of class certification motion | 7 weeks after motion filed |
| Hearing on class certification motion | 9 weeks after motion filed |

The Court will set the remainder of the case schedule after its decision on plaintiff's anticipated motion for class certification.

**IT IS SO ORDERED.**

Dated: October 11, 2016

Hon. Haywood S. Gilliam, Jr.
United States District Judge

---

[1] This deadline is without prejudice to the parties requesting a deadline for further expert disclosures in support of their claims or defenses following the Court's decision on class certification, provided however, that any further expert testimony shall not be duplicative of the subject matter of expert testimony on which the parties rely to support or oppose class certification.