1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRESTON JONES, on behalf of himself, all others similarly situated, and the general public,<br><br>              Plaintiff,<br>      v.<br>NUTIVA, INC.,<br><br>              Defendant. | Case No: 3:16-cv-00711-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR MEDIATION** |

On November 28, 2016, the parties filed a stipulation to extend the current deadline for mediation, December 9, 2016 until January 31, 2017.

For good cause appearing, the parties' stipulation is adopted.

IT IS HEREBY ORDERED THAT:

The parties deadline to engage in private mediation is extended to January 31, 2017.

Dated: November 29, 2016

*[signature]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

---

1

*Jones v. Nutiva, Inc.*, No. 16-cv-711-HSG