1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRESTON JONES and SHIRIN DELALAT, on behalf of themselves, all others similarly situated, and the general public,<br><br>                    Plaintiffs,<br><br>         v.<br><br>NUTIVA, INC.,<br><br>                    Defendant. | Case No: 3:16-cv-00711-HSG<br><br>**ORDER MODIFYING BRIEFING SCHEDULE RELATING TO NUTIVA'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT (DKT. NO. 74)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

1  Pursuant to the parties' stipulation, and for good cause shown, the Court modifies the briefing schedule relating to Nutiva's Motion to Dismiss the First Amended Complaint (Dkt. No. 74) as follows.

1. Plaintiffs' opposition to Nutiva's Motion to Dismiss the First Amended Complaint shall be due on or before February 7, 2016;

2. Nutiva's reply in support of its Motion to Dismiss the First Amended Complaint shall be due on or before February 14, 2016;

3. The hearing on Nutiva's Motion to Dismiss the First Amended Complaint shall remain March 9, 2016 at 2:00 p.m..

**IT IS SO ORDERED.**

Dated: December 29, 2016

Hon. Haywood S. Gilliam, Jr.
United States District Judge