# Exhibit 8

**Nutiva®** nurtures vitality by conscious curating of the world's finest plant-based organic foods.

### SIMPLY PURE
This creamy taste of the tropics is great for sautéing and baking, enhancing your favorite recipes, as well as body care. Savor the rich aroma and enticing light taste of this cold-pressed and unrefined oil. A pinch of salt reduces the coconut flavor in savory recipies.

### ORGANIC
Made without pesticides, GMOs or hexane.

### VERSATILE
Ideal as a medium heat cooking oil (up to 350°F) and is delicious on bread, vegetables or popcorn. An excellent substitute in baking, and great for skin care, hair care and massage.

Also try our organic Chocolate Hazelnut Spread, Plant Protein, Hemp, Chia and Red Palm products. **For delicious recipes, visit nutiva.com.**



1% OF SALES GO TO SUSTAINABLE AGRICULTURE $4 MILLION+



# nutiva®
## NURTURE VITALITY™

# coconut oil

**ORGANIC SUPERFOOD**

**VIRGIN**

*Ideal culinary cooking oil*



USDA ORGANIC

FAIR TRADE CERTIFIED

NON GMO Project VERIFIED
nongmoproject.org

**14 FL OZ (414 mL)** Ⓤ

## Nutrition Facts
Serving Size: 1 Tbsp (15mL)
Servings Per Container About 28

| Amount Per Serving | |
|---|---|
| Calories 130 | Calories from Fat 130 |

| | % Daily Value* |
|---|---|
| Total Fat 14g | 22% |
| Saturated Fat 13g | 65% |
| Trans Fat 0g | |
| Polyunsaturated Fat <0.5g | |
| Monounsaturated Fat <1g | |
| Cholesterol 0mg | 0% |
| Sodium 0mg | 0% |
| Total Carbohydrate 0g | 0% |
| Protein 0g | |

Not a significant source of dietary fiber, sugar, vitamin A, vitamin C, calcium or iron.

*Percent Daily Values are based on a 2,000-calorie diet.

103575-004

**INGREDIENTS:** *ORGANIC, UNREFINED, COLD-PRESSED VIRGIN COCONUT OIL

BOTTLED IN A FACILITY THAT PACKS PEANUT OIL.

**Vegan • Non-GMO • No Hexane**
**Non-Hydrogenated • 0g Trans Fat**
See nutrition information for fat content.

**STORAGE:** No refrigeration required; solid at room temperature and melts at 76°F.

**NOTE:** Any brown specks are natural to coconut.

**MANUFACTURED FOR**
Nutiva®, 213 W. Cutting Blvd.
Richmond, CA 94804
(800) 993-4367
www.nutiva.com

**CERTIFIED ORGANIC**
by QAI and ECOCERT ICO
(US-ORG-016)

***FAIR TRADE CERTIFIED™**
by Fair Trade USA

**Product of the Philippines**

CERTIFIED B Corporation™



6 92752 10357 5