# Exhibit 10

**GREEN TEXT**
100% PANTONE 7738

**BACKGROUND**
100% PANTONE 9043

**NUTIVA LOGO**
100% PANTONE 1817

**"NEW" VIOLATOR**
100% PANTONE 7738
Type knocks out to WHITE

**FLAVOR NAME BOX**
**Background:** 100% PANTONE 159
**Flavor Name:**
Knocks out to WHITE

10"

**DIELINE**
Does not print

**BLACK TEXT**
100% PROCESS BLACK
(throughout)

4"

Nutiva® nurtures vitality by conscious curating of the world's finest plant-based organic foods.

**QUALITY**
Made from organic dried coconut, this creamy, expeller-pressed coconut oil is refined for a neutral flavor and a higher smoke point of 400°F. A perfect choice for baking and frying where a coconut flavor is not desired.

**ORGANIC**
Made without pesticides, GMOs or hexane.

**VERSATILE**
Use as a vegan butter replacement for baking, as a spread on bread or as an all-purpose cooking oil. Also great for skin care, hair care and massage.

Also try our organic Chocolate Hazelnut Spread, Plant Protein, Hemp, Chia and Red Palm products. **For delicious recipes, visit nutiva.com.**

1% OF SALES GO TO SUSTAINABLE AGRICULTURE $4 MILLION+

nutiva®
NURTURE VITALITY™

coconut oil

**ORGANIC SUPERFOOD**

*Neutral flavor for all recipes*

**REFINED**

USDA ORGANIC

NON GMO Project VERIFIED nongmoproject.org

23 FL OZ (680 mL) Ⓤ

| **Nutrition Facts** | |
|---|---|
| Serving Size: 1 Tbsp (15mL) | |
| Servings Per Container: About 45 | |
| **Amount Per Serving** | |
| **Calories** 130 | **Calories from Fat** 130 |
| | % Daily Value* |
| **Total Fat** 14g | 22% |
| Saturated Fat 13g | 65% |
| *Trans* Fat 0g | |
| Polyunsaturated Fat <0.5g | |
| Monounsaturated Fat <1g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 0mg | 0% |
| **Total Carbohydrate** 0g | 0% |
| **Protein** 0g | |
| Not a significant source of dietary fiber, sugar, vitamin A, vitamin C, calcium or iron. | |
| *Percent Daily Values are based on a 2,000-calorie diet. | |

105371-003

**INGREDIENTS:** ORGANIC, REFINED, EXPELLER-PRESSED COCONUT OIL

BOTTLED IN A FACILITY THAT PACKS PEANUT OIL.

**Vegan**
**Non-GMO**
**No Hexane**
**Non-Hydrogenated**
**0g Trans Fat**
See nutrition information for fat content.

**STORAGE**
No refrigeration required; solid at room temperature and melts at 76°F.

**NOTE:** Any brown specks are natural to coconut.

**MANUFACTURED FOR**
Nutiva®
213 W. Cutting Blvd.
Richmond, CA 94804
**(800) 993-4367**
www.nutiva.com

**CERTIFIED ORGANIC**
by QAI and ECOCERT ICO (US-ORG-016)

**Product of the Philippines**

Certified B Corporation

PLEASE RECYCLE

6 92752 10537 1

**1% GRAPHIC**
**IMAGE:** CMYK
**TYPE:** Knocks out to WHITE

**IMAGERY**
CMYK

**USDA LOGO**
**Border:** PROCESS MIX 0/60/87/65
**"USDA":** PROCESS MIX 100/0/79/27
**"Organic":** Knocks out PROCESS MIX 100/0/79/27 to WHITE
**NON GMO LOGO:**
Prints CMYK and knocks out to WHITE

**B CORP LOGO:** 100% PROCESS BLACK
**RECYCLE ICON:**
100% PROCESS BLACK

nutiva®

213 W. Cutting Blvd.
Richmond, CA 94804
(800) 993-4367
www.nutiva.com

**PRODUCT**

**CODE**
RFC123
**DESCRIPTION**
Refined Organic Coconut Oil – 23oz glass
**FILE NAME**
105371-003.ai
**REVISION DATE**
01.04.17

**DIELINE**
N/A
**DIMENSIONS**
10" x 4"
**DATE**
N/A

**CONTACT**
**SR GRAPHIC DESIGNER**
Nancy Spellman
nancys@nutiva.com
510.255.2722

**LINKS**
1. 1_Prcnt_Hrz_CMYK_f.psd
2. Illustration_coconut_revised_comp_r1_f.psd

**FONTS**
**ARTWORK**
Chronicle Text G1 Italic
GothamLight
Gotham-Book
Gotham-Medium
Gotham-Bold
Helvetica 57 Condensed
Helvetica 67 Medium Condensed
Helvetica 67 Medium Condensed Oblique
Helvetica 77 Bold Condensed
Helvetica 85 Heavy
Helvetica Neue LT Std 37 Thin Condensed
OCRB
Univers 49 Light Ultra Condensed
**CALLOUTS**
Gotham Narrow Book
Gotham Narrow Bold
Webdings

**COLORS**
**PROCESS/SPOT**
Cyan
Magenta
Yellow
Black
PANTONE 159
PANTONE 1817
PANTONE 7738
PANTONE 9043

NUT07078

