# Exhibit D

## <u>TIME RECORDS ARRANGED BY BILLER (TIMEKEEPER)</u>

Summary of Time ...................................................................................................1

Time Attributable to Specific Billers (Timekeepers) ..............................................1

    1.     Thomas A. Canova ...................................................................................1

    2.     Jack Fitzgerald .........................................................................................4

    3.     Trevor M. Flynn .....................................................................................16

    4.     Melanie R. Persinger ..............................................................................17

    5.     Paul K. Joseph .......................................................................................19

*Summary of Time*

| Biller (Timekeeper) | Hours | % of Total |
|---|---|---|
| Thomas A. Canova | 33.0 | 3.9% |
| Jack Fitzgerald | 368.2 | 43.6% |
| Trevor M. Flynn | 64.3 | 7.6% |
| Melanie R. Persinger | 52.7 | 6.2% |
| Paul K. Joseph | 326.6 | 38.7% |
| **Total =** | **844.8** | **100%** |

*Time Attributable to Specific Billers (Timekeepers)*

## 1.      Thomas A. Canova

| Date | Description (Thomas A. Canova) | Hours |
|---|---|---|
| 11/23/2015 | Review of Nutiva's letter response to CLRA letter; research regarding opposing counsel. | 0.3 |
| 11/25/2015 | Confer with Mr. Fitzgerald regarding Nutiva's letter; review Nutiva website; teleconference with Mr. Fitzgerald regarding same and timing of filing. | 0.5 |
| 12/2/2015 | Review selected parts of resource materials regarding fats and coconut oil. | 0.4 |
| 12/2/2015 | Teleconference with co-counsel regarding draft Complaint. | 0.4 |
| 12/11/2015 | Review of Mr. Joseph's email with alternative drafts of pleading statutory violations; preparation of reply email regarding same. | 0.3 |
| 2/11/2016 | Review of Answer to Removal Complaint; review website and research regarding defendant's additional new counsel; related email to Messrs. Fitzgerald and Joseph, and Ms. Persinger. | 0.5 |
| 2/17/2016 | Review email from Mr. Flynn with bio information for assigned judge; reply email to Messrs. Flynn and Fitzgerald regarding same. | 0.3 |

1

| Date | Description (Thomas A. Canova) | Hours |
|---|---|---|
| 3/1/2016 | Review of email from Mr. Fitzgerald regarding participants for Rule 26(f) conference of counsel; review of bios for same. | 0.3 |
| 3/9/2016 | Review emails from Nutiva's counsel; conference with Mr. Fitzgerald and co-counsel regarding rule 26(f) conference. | 0.5 |
| 3/10/2016 | Review of Nutiva Motion for Judgment on Pleadings. | 0.5 |
| 3/20/2016 | Revise draft opposition to Nutiva's motion for judgment on the pleadings. | 2.0 |
| 3/20/2016 | Emails to Mr. Joseph regarding Nutiva Virgin and Extra Virgin product claims. | 0.2 |
| 3/22/2016 | Further revisions to draft Opposition to Nutiva MTD; related emails with Mr. Joseph and teleconference with Messrs. Fitzgerald and Joseph. | 1.5 |
| 3/24/2016 | Revise plaintiff's motion to strike affirmative defenses, and proposed order. | 1.0 |
| 4/5/2016 | Review and revise draft Reply in support of Motion for Remand of Injunctive Relief Claims. | 6.0 |
| 5/30/2016 | Finalize Deposition and Document Subpoena for Kaplan (former Nutiva Marketing Manager), and Notice of Intent to Serve. | 2.0 |
| 8/17/2016 | Call with Mr. Fitzgerald and Mr. Joseph to strategize regarding Nutiva's settlement demand inquiry. | 0.1 |
| 10/11/2016 | Review Magistrate's Order regarding Motion to Compel Nutiva Responses to Requests for Admission; emails to Messrs. Fitzgerald and Joseph regarding same. | 0.5 |
| 10/12/2016 | Review transcript of Case Management Conference. | 0.2 |
| 10/20/2016 | Teleconference with Mr. Fitzgerald and Mr. Joseph regarding case management issues. | 0.3 |
| 10/21/2016 | Revisions to draft meet and confer letter to Nutiva counsel re supplementing prior discovery responses, producing insurance policy, and insufficient responses to second set of discovery. | 2.5 |

| Date | Description (Thomas A. Canova) | Hours |
|---|---|---|
| 10/28/2016 | Confer with Mr. Fitzgerald regarding mediation and Nutiva's insurance policy; teleconference with Mr. Fitzgerald and Mr. Joseph regarding settlement strategy; review of Nutiva's letter regarding insurance policy issues; related conferences with Mr. Fitzgerald. | 1.0 |
| 11/3/2016 | Review of Nutiva insurance policies 2012-2017. | 0.5 |
| 11/10/2016 | Email correspondence with Mr. Fitzgerald and Mr. Joseph regarding Nutiva's insurance coverage; review prior correspondence with insurance company. | 0.5 |
| 11/11/2016 | Teleconference with Mr. Fitzgerald and Mr. Joseph regarding first amended complaint. | 0.2 |
| 11/11/2016 | Review *Hartford Insurance* case decision; related conferences with Mr. Fitzgerald and teleconference with Mr. Joseph regarding strategy for provoking insurance coverage; confer with Mr. Fitzgerald regarding Nutiva's failure to identify a damages model. | 0.8 |
| 11/30/2016 | Revisions to draft letter to Liberty Insurance; confer with Ms. Persinger regarding drafting subpoena for same; related email to co-counsel. | 2.0 |
| 12/1/2016 | Conferences with Mr. Fitzgerald regarding draft insurance letter and subpoena on Liberty Insurance; further conference with Ms. Persinger regarding subpoena; related teleconference with co-counsel. | 0.7 |
| 12/1/2016 | Conference with Mr. Fitzgerald and co-counsel regarding status of additional plaintiffs for amended complaint. | 0.3 |
| 12/2/2016 | Review email from JAMS regarding confirmation of mediation, service list, document retention, and mediation fee; confer with Mr. Fitzgerald regarding draft letter to insurer and proposed subpoena on same; email to co-counsel regarding revising insurer letter; review of co-counsel's redraft, and preparation of additional revisions to draft letter to Nutiva's insurer. | 1.9 |
| 12/2/2016 | Confer with Mr. Fitzgerald regarding draft amended complaint; review draft amended complaint and related | 0.6 |

| Date | Description (Thomas A. Canova) | Hours |
|------|-------------------------------|-------|
|  | emails to client and Nutiva's counsel; confer with Mr. Fitzgerald regarding email from Nutiva counsel regarding whether Nutiva will consent to the filing of an amended complaint. |  |
| 1/27/2017 | Review of draft redacted mediation brief; review content of proposed redactions; related emails and calls with Mr. Joseph. | 1.0 |
| 1/31/2017 | Confer with Mr. Fitzgerald regarding mediation negotiations, results, and strategy for proceeding. | 0.8 |
| 2/1/2017 | Telephone discussion with Mr. Orr regarding mediation, and considerations to pursue settlement; follow up conference with Mr. Fitzgerald; review of Amended Complaint in context of settlement discussion; call to co-counsel regarding settlement issues. | 1.0 |
| 2/8/2017 | Communications with Mr. Fitzgerald and Mr. Joseph regarding settlement. | 0.1 |
| 2/14/2017 | Confer with Mr. Fitzgerald and Mr. Joseph regarding settlement options and strategies. | 0.1 |
| 3/14/2017 | Confer with Mr. Fitzgerald and Mr. Joseph regarding discovery dispute over 30(b)(6) deposition topics. | 0.2 |
| 3/15/2017 | Teleconference meet and confer with Nutiva counsel, regarding objections to 30(b)(6) deposition topics. | 1.0 |
| | **Total =** | **33.0** |

## 2.    Jack Fitzgerald

| Date | Description (Jack Fitzgerald) | Hours |
|------|------------------------------|-------|
| 10/30/2015 | Review and revise CLRA demand letter. | 0.2 |
| 11/23/2015 | Review and revise draft Complaint and send comments to Mr. Joseph. | 1.3 |
| 11/25/2015 | Confer with Mr. Canova regarding Nutiva's letter and timing of filing complaint. | 0.5 |

| Date | Description (Jack Fitzgerald) | Hours |
|---|---|---|
| 12/2/2015 | Call with Mr. Joseph and Mr. Canova regarding draft Complaint. | 0.4 |
| 12/21/2015 | Review latest Complaint draft and begin revising. | 3.5 |
| 12/22/2015 | Continue revising Complaint and send revised draft to Mr. Joseph for review. | 4.0 |
| 1/13/2016 | Email and telephone communications with Rakesh Amin, counsel for Nutiva, regarding service of Complaint and related documents. | 0.5 |
| 2/16/2016 | Call Nutiva's counsel for introduction and leave voicemail. | 0.1 |
| 3/1/2016 | Together with Mr. Joseph, participate in call with opposing counsel regarding scheduling of Rule 26(f) conference. | 0.1 |
| 3/8/2016 | Review Nutiva's motion for judgment on the pleadings. | 0.4 |
| 3/9/2016 | Conference call with Mr. Canova and co-counsel, Mr. Joseph discussing 26(f) report. | 0.3 |
| 3/9/2016 | Communications with opposing counsel regarding rescheduling of Rule 26(f) conference; review and revise initial disclosures and circulate to co-counsel for review; finalize and serve same; revise draft joint Rule 26(f) report. | 3.8 |
| 3/9/2016 | Discussions with Mr. Joseph regarding Nutiva's motion for judgment on the pleadings and strategy regarding injunctive relief claims; undertake research regarding remand of injunctive relief claims and begin drafting motion seeking same. | 3.1 |
| 3/11/2016 | Complete first draft of motion to remand including drafting proposed order, and send to Mr. Canova and Mr. Joseph for review; review and incorporate Mr. Joseph's comments. | 0.5 |
| 3/18/2016 | Begin reviewing and revising draft opposition to motion for judgment on the pleadings. | 2.5 |
| 3/19/2016 | Continue revising draft opposition to motion for judgment on the pleadings. | 1.7 |

| Date | Description (Jack Fitzgerald) | Hours |
|---|---|---|
| 3/19/2016 | Review, revise, and draft discovery requests including requests for production, interrogatories, and requests for admission. | 3.2 |
| 3/21/2016 | Revise N.D. Cal. model ESI stipulation and send draft to opposing counsel for review; review, revise, and finalize discovery requests, and serve same on Nutiva. | 1.3 |
| 3/22/2016 | Call with Mr. Joseph regarding status of opposition to motion for judgment on the pleadings; review, revise, finalize, and file opposition to motion for judgement on the pleadings and related Request for Judicial Notice. | 3.3 |
| 3/24/2016 | Review and revise draft Motion to Strike Affirmative Defenses; complete and file same. | 3.0 |
| 3/24/2016 | Review and revise draft Rule 26(f) report and return to opposing counsel; communications with opposing counsel concerning same, especially regarding stipulation to electronic service. | 1.4 |
| 3/30/2016 | Finalize and file Rule 26(f) report. | 0.4 |
| 4/14/2016 | Review, revise, finalize, and file Reply in Support of Motion to Strike Affirmative Defenses. | 1.7 |
| 4/26/2016 | Prepare for Rule 12 motion hearing (prior to order vacating hearing). | 4.2 |
| 5/5/2016 | Review Nutiva's written discovery objections and responses and draft email to Nutiva's counsel, Sanjay Karnik regarding the same. | 0.8 |
| 5/10/2016 | Begin drafting meet and confer letter regarding Nutiva's deficient responses to plaintiff's interrogatories, document requests, and requests for admission. | 5.5 |
| 5/11/2016 | Continuing work on meet and confer letter regarding Nutiva's deficient responses to plaintiff's interrogatories, document requests, and requests for admission. | 6.5 |
| 5/13/2016 | Complete meet and confer letter and circulate to Mr. Joseph for review; send letter to opposing counsel. | 7.3 |

| Date | Description (Jack Fitzgerald) | Hours |
|---|---|---|
| 5/27/2016 | Respond to email from Nutiva's counsel regarding discovery issues and request to engage in meet and confer conference. | 0.7 |
| 5/27/2016 | Telephone call with Liz Kaplan, former Nutiva employee; review and revise draft of third-party subpoena to BuzzBack; draft subpoena to Liz Kaplan and send to AMS for service; draft Notice of Intent to Serve subpoena on Ms. Kaplan. | 1.0 |
| 5/31/2016 | Meet with Melanie Persinger to discuss draft subpoenas and further edits; review Ms. Persinger's drafts, revise, finalize, and send to AMS for service; draft and send notice of intent to serve subpoenas on Nutiva. | 3.9 |
| 6/1/2016 | Revise email to Nutiva regarding Neil Blomquist deposition. | 0.5 |
| 6/2/2016 | Review and revise Mr. Joseph's draft email to opposing counsel concerning Kaplan and Blomquist depositions; telephone call with Mr. Joseph concerning the same. | 0.7 |
| 6/3/2016 | Begin preparing for meet-and-confer conference regarding discovery; begin drafting joint letter to Court regarding discovery disputes. | 4.0 |
| 6/4/2016 | Complete draft of joint letter motion and send to Mr. Joseph for review. | 1.8 |
| 6/6/2016 | Call with Carol Fitzgerald (BuzzBack CEO) regarding subpoena to BuzzBack. | 0.3 |
| 6/6/2016 | Call with Mr. Joseph to prepare for meet and confer call with Nutiva; meet and confer conference with Nutiva's counsel, Sanjay Karnik and Matt Orr; draft email to Nutiva regarding agreements reached during meet and confer conference. | 4.4 |
| 6/10/2016 | Draft status table regarding Nutiva document subpoenas and circulate to Mr. Joseph for review. | 0.4 |
| 6/11/2016 | Prepare and file Statement of Recent Decision regarding *Bishop v. 7-Eleven, Inc.* | 0.3 |

| Date | Description (Jack Fitzgerald) | Hours |
|---|---|---|
| 6/13/2016 | Prepare for follow-up meet-and-confer conference; together with Mr. Joseph, participate in meet-and-confer call with Matt Orr and Sanjay Karnik; email communications following conference. | 1.1 |
| 6/14/2016 | Tasks relating to third-party discovery, including and call with Super Natural distributors; update document subpoena status table and send to Mr. Joseph. | 0.5 |
| 6/16/2016 | Start reviewing Mr. Joseph's notes regarding potential custodians and search terms. | 0.2 |
| 6/17/2016 | Using Mr. Joseph's notes, draft list of proposed custodians and search terms, and send to Mr. Joseph for review. | 0.5 |
| 6/20/2016 | Finalize and send list of proposed custodians and search terms to Nutiva; review response of United Natural Foods, Inc. to subpoena, including communications regarding downloading production; review response of Super Natural Foods to subpoena; update table regarding status of document subpoenas and send to Mr. Joseph. | 0.8 |
| 6/24/2016 | Telephone call with UNFI IT person Aaron Chea; revise table of document subpoena status. | 0.6 |
| 6/30/2016 | Call with Paul Joseph to prepare for meet and confer conference with opposing counsel. | 0.1 |
| 6/30/2016 | Participate in telephonic meet and confer regarding discovery. | 0.3 |
| 7/6/2016 | Review emails from Sanjay Karnik and Matt Orr regarding updated discovery responses; send email to Mr. Canova and Mr. Joseph regarding same. | 0.1 |
| 7/11/2016 | Participate in meet-and-confer telephone call with Sanjay Karnik and Matt Orr regarding proposed custodians and keyword search terms. | 0.8 |
| 7/11/2016 | Revise Kaplan subpoena and Blomquist deposition notice and serve same on Nutiva's counsel. | 0.2 |
| 7/12/2016 | Revise proposed custodian and keyword search term lists to reflect agreements reached during meet-and-confer call, | 1.0 |

| Date | Description (Jack Fitzgerald) | Hours |
|---|---|---|
| | and send to opposing counsel to confirm substance of meet-and-confer. | |
| 7/13/2016 | Call with Mr. Joseph to discuss deposition preparation and strategy; begin preparing for Liz Kaplan deposition by reviewing documents thus far produced in the matter. | 6.8 |
| 7/14/2016 | Complete document review, including KeHe and UNFI documents and further prepare for Liz Kaplan deposition. | 9.2 |
| 7/14/2016 | Communications with Nutiva's counsel concerning discovery issues and Nutiva's initial disclosures. | 0.8 |
| 7/17/2016 | Meet with Paul Joseph to discuss Nutiva deposition strategy, overall case strategy, and key documents; continue preparing for Liz Kaplan deposition. | 7.1 |
| 7/18/2016 | Continue to prepare for deposition of Marketing Manager Liz Kaplan. | 9.7 |
| 7/19/2016 | Continue to prepare for deposition of Marketing Manager Liz Kaplan. | 5.8 |
| 7/20/2016 | Travel to Oakland for depositions, and work on preparation with Mr. Joseph. | 5.0 |
| 7/21/2016 | Second chair deposition of Neil Blomquist. | 6.5 |
| 7/22/2016 | Take deposition of Liz Kaplan; travel back to San Diego. | 13.2 |
| 7/29/2016 | Review and revise discovery joint letter to Judge Gilliam regarding disputes and request for magistrate to oversee discovery. | 1.6 |
| 8/1/2016 | Finalize and circulate to opposing counsel draft joint letter to Judge Gilliam regarding request to file discovery motion and appoint magistrate judge. | 0.4 |
| 8/9/2016 | Review and revise joint letter to court regarding discovery disputes. | 0.3 |
| 8/12/2016 | Telephone call with Rakesh Amin regarding possible settlement; call with Mr. Joseph regarding same. | 0.7 |
| 8/12/2016 | Prepare and file Statement of Recent Decision regarding *Hunter v. Nature's Way*. | 0.2 |

| Date | Description (Jack Fitzgerald) | Hours |
|---|---|---|
| 8/17/2016 | Conference call with Thomas A. Canova and Paul Joseph regarding Nutiva's request for settlement demand. | 0.1 |
| 8/30/2016 | Review and begin revising joint letters concerning discovery disputes. | 4.4 |
| 9/1/2016 | Begin reviewing and revising draft second document requests to Nutiva. | 0.5 |
| 9/2/2016 | Continue reviewing and revising second discovery requests to Nutiva, including requests for production and requests to admit; begin draft second set of interrogatories to Nutiva. | 4.5 |
| 9/5/2016 | Complete drafts of second discovery requests and send to Mr. Joseph for review. | 4.5 |
| 9/6/2016 | Continue working on draft joint discovery letters. | 5.0 |
| 9/9/2016 | Participate in meet-and-confer telephone call with Sanjay Karnik and Matt Orr regarding current discovery issues, timing of Nutiva production, and joint letters regarding plaintiff's motions to compel. | 0.3 |
| 9/13/2016 | Draft email to Nutiva's counsel regarding issues with document production. | 0.2 |
| 9/15/2016 | Review and further revise joint letters concerning discovery disputes and prepare exhibits; send to Mr. Joseph for review; circulate same to opposing counsel for review. | 2.3 |
| 9/16/2016 | Review, revise, finalize, and file joint letters concerning discovery disputes, including administrative motion. | 1.6 |
| 9/22/2016 | Review Judge Gilliam's Order on Nutiva's Motion for Judgment on the Pleadings. | 0.4 |
| 9/23/2016 | Revise Rule 26(f) report in light of Judge Gilliam's September 22 Order and send to Mr. Joseph for review. | 1.6 |
| 9/26/2016 | Send updated joint Rule 26(f) report to Nutiva's counsel and, together with Mr. Joseph, participate in further Rule 26(f) meet and confer call with Nutiva's counsel Sanjay Karnik and Matt Orr. | 0.8 |

| Date | Description (Jack Fitzgerald) | Hours |
|------|------------------------------|-------|
| 9/27/2016 | Review and revise updated Joint Rule 26(f) report and send to Mr. Joseph for review. | 0.7 |
| 9/28/2016 | Review Mr. Joseph's revisions to updated Rule 26(f) report, make additional revisions, and send to Nutiva for further review and revision. | 0.4 |
| 9/30/2016 | Revise updated joint Rule 26(f) report to include information required under Local Rule 16-9; finalize and file after opposing counsel's review and authorization. | 1.6 |
| 10/3/2016 | Telephone call with Rakesh Amin regarding settlement; begin drafting settlement offer letter. | 0.5 |
| 10/3/2016 | Prepare for Initial Case Management conference; travel to San Francisco for initial CMC. | 7.8 |
| 10/4/2016 | Participate in Initial Case Management Conference and travel home. | 5.8 |
| 10/5/2016 | Draft stipulated proposed scheduling order and related proposed order and send to Mr. Joseph for review; circulate same to opposing counsel for review. | 0.9 |
| 10/5/2016 | Review stipulated scheduling order and proposed order; call with Mr. Joseph to discuss same. | 0.3 |
| 10/7/2016 | Review order on motion to compel responses to requests for production 22 and 23. | 0.2 |
| 10/7/2016 | Communications and negotiations with opposing counsel regarding scheduling stipulation; finalize and file same. | 0.1 |
| 10/7/2016 | Begin drafting motion for partial summary judgment. | 1.0 |
| 10/10/2016 | Continue working on summary judgment motion. | 7.8 |
| 10/11/2016 | Review magistrate judge's ruling on motion to compel responses to requests for admission, and calendar deadlines. | 0.3 |
| 10/11/2016 | Work on motion for summary judgment. | 0.9 |
| 10/12/2016 | Work on summary judgment motion and send first draft to Mr. Joseph for review. | 2.9 |

| Date | Description (Jack Fitzgerald) | Hours |
|---|---|---|
| 10/13/2016 | Call with Shirin Delalat; prepare and send Ms. Delalat engagement letter; draft and prepare for sending CLRA letter on behalf of Ms. Delalat; send same to Matt Orr with request for stipulation to amend complaint; begin drafting First Amended Complaint. | 2.2 |
| 10/13/2016 | Call with Mr. Joseph to discuss strategy relating to summary judgment motion. | 0.4 |
| 10/14/2016 | Review Nutiva's responses to second set of discovery requests. | 0.4 |
| 10/14/2016 | Work on summary judgment motion. | 1.9 |
| 10/15/2016 | Continue working on summary judgment motion, including completing draft of motion, Request for Judicial Notice, and Declaration; send to Mr. Joseph for review and further work as appropriate. | 4.5 |
| 10/17/2016 | Begin working on letter concerning Nutiva's deficient responses to second set of discovery requests. | 1.7 |
| 10/17/2016 | Work on motion for summary judgment including peripheral papers; call with Mr. Joseph regarding same. | 4.6 |
| 10/18/2016 | Finalize and file summary judgment motion including peripheral papers and seal application. | 2.8 |
| 10/18/2016 | Work on letter regarding deficient responses to second discovery requests. | 0.8 |
| 10/19/2016 | Complete draft of meet-and-confer letter regarding Nutiva's deficient responses to plaintiff's second set of discovery requests. | 2.0 |
| 10/20/2016 | Teleconference with Mr. Canova and Mr. Joseph regarding case management. | 0.3 |
| 10/20/2016 | Respond to email from Sanjay Karnik regarding motion for summary judgment and insurance; research regarding one-way intervention rule. | 0.9 |
| 10/20/2016 | Review and catalog discovery status (i.e., which Nutiva custodians have produced documents). | 0.9 |

| Date | Description (Jack Fitzgerald) | Hours |
|------|------------------------------|-------|
| 10/21/2016 | Prepare and file notice of withdrawal of motion for partial summary judgment. | 0.2 |
| 10/21/2016 | Revisions to meet-and-confer letter; send same to Mr. Joseph for review. | 0.5 |
| 10/24/2016 | Review Mr. Joseph's revisions to meet-and-confer letter; draft additional section regarding insurance policy; finalize and send to opposing counsel. | 0.6 |
| 10/25/2016 | Download new documents, update discovery status table and send to Mr. Joseph. | 0.2 |
| 10/25/2016 | Review email from Sanjay Karnik regarding meet-and-confer, insurance, and mediation scheduling. | 0.1 |
| 10/28/2016 | Call with Mr. Joseph and Mr. Canova regarding mediation and discovery. | 0.2 |
| 11/2/2016 | Prepare for and participate in meet and confer conference regarding Nutiva's responses to plaintiff's second set of discovery requests; draft and send email confirming same. | 3.3 |
| 11/2/2016 | Call Judge Infante's office regarding mediation scheduling and draft email to counsel regarding same. | 0.2 |
| 11/11/2016 | Call with Mr. Joseph and Mr. Canova to discuss strategy for amending complaint. | 0.2 |
| 11/18/2016 | Communications with opposing counsel and assistant to mediator Judge Infante (Ret.) regarding mediation scheduling. | 0.2 |
| 11/22/2016 | Call with Mr. Joseph to discuss next steps in Dr. Greger report. | 0.4 |
| 11/23/2016 | Telephone call with Mr. Joseph to discuss draft Dr. Greger report and next steps. | 0.8 |
| 11/28/2016 | Review and revise Mr. Joseph's draft Deposition Notice to Nutiva. | 2.6 |
| 11/29/2016 | Prepare for a call with Dr. Greger to discuss next steps regarding drafting of report. | 0.3 |

| Date | Description (Jack Fitzgerald) | Hours |
|---|---|---|
| 11/29/2016 | Participate in call with Dr. Greger and Mr. Joseph to discuss next steps regarding drafting of report. | 0.3 |
| 12/1/2016 | Strategy call with Mr. Canova and Mr. Joseph. | 0.3 |
| 12/1/2016 | Call with client Shirin Delalat; finalize First Amended Complaint and send to Ms. Delalat for review. | 2.2 |
| 12/2/2016 | Telephone call with Matt Orr to discuss stipulation to amend Complaint; internal and external communications regarding same. | 0.2 |
| 12/5/2016 | Call to client Shirin Delalat regarding First Amended Complaint; discussions with Mr. Joseph regarding same; finalize and file First Amended Complaint. | 0.8 |
| 12/6/2016 | Review, revise, finalize, and serve policy limit demand letter to Liberty Mutual Insurance. | 2.7 |
| 12/8/2016 | Email to Nutiva's counsel regarding Rule 30(b)(6) deposition scheduling. | 0.1 |
| 12/12/2016 | Update subpoena status and send updated document to Mr. Joseph. | 0.1 |
| 12/12/2016 | Discuss discovery strategy with Mr. Joseph. | 0.1 |
| 1/9/2017 | Review letter from insurer to Nutiva. | 0.1 |
| 1/18/2017 | Review and revise draft mediation brief. | 3.9 |
| 1/24/2017 | Review and revise latest draft of mediation brief. | 1.3 |
| 1/25/2017 | Together with Mr. Joseph, participate in call with Dr. Greger regarding finalizing report. | 0.2 |
| 1/31/2017 | Travel to San Francisco and participate in mediation; travel home. | 14.2 |
| 2/1/2017 | Confer with Mr. Joseph and Mr. Canova regarding settlement issues. | 0.2 |
| 2/8/2017 | Call with Matt Orr regarding settlement; communications with Mr. Canova and Mr. Joseph regarding same. | 0.2 |
| 2/14/2017 | Confer with Mr. Canova and Mr. Joseph regarding settlement. | 0.1 |

14

| Date | Description (Jack Fitzgerald) | Hours |
|---|---|---|
| 2/17/2017 | Call with Matt Orr regarding settlement. | 0.3 |
| 3/6/2017 | Begin preparing for Nutiva's Rule 30(b)(6) deposition. | 0.5 |
| 3/7/2017 | Work on Rule 30(b)(6) deposition preparation and drafting amended notice of deposition. | 1.9 |
| 3/8/2017 | Meet with Mr. Joseph to strategize about case and Rule 30(b)(6) deposition, including analyzing sales of relevant products. | 7.8 |
| 3/9/2017 | Work on preparing for Rule 30(b)(6) deposition. | 2.1 |
| 3/12/2017 | Work on preparing for Rule 30(b)(6) deposition. | 6 |
| 3/13/2017 | Work on preparing for Rule 30(b)(6) deposition. | 5.5 |
| 3/14/2017 | Continue preparing for Rule 30(b)(6) deposition; review Nutiva's purported objections to deposition notice and discuss same with Mr. Canova and Mr. Joseph; draft email to Nutiva's counsel regarding same. | 5.0 |
| 3/15/2017 | Draft Second Amended Deposition Notice and serve on Nutiva; together with Mr. Canova and Mr. Joseph, participate in meet-and-confer call with Sanjay Karnik regarding Nutiva's objections to plaintiffs' Rule 30(b)(6) deposition notice. | 1.2 |
| 3/16/2017 | Work on preparing for Rule 30(b)(6) deposition. | 15.5 |
| 3/17/2017 | Work on preparing for Rule 30(b)(6) deposition. | 8.3 |
| 3/18/2017 | Continue preparing for Rule 30(b)(6) deposition. | 15.0 |
| 3/19/2017 | Complete preparation for Nutiva 30(b)(6) deposition and travel to San Francisco to take same. | 14.5 |
| 3/20/2017 | Take Nutiva's 30(b)(6) deposition (John Roulac) and travel home. | 14.0 |
| | **Total =** | **368.2** |

### 3.     Trevor M. Flynn

| Date | Description (Trevor M. Flynn) | Hours |
|---|---|---|
| 2/26/2016 | Begin drafting first discovery requests. | 0.5 |
| 3/23/2016 | Draft motion to strike affirmative defenses. | 8.3 |
| 3/24/2016 | Continue work on motion to strike affirmative defenses; draft proposed order, and file. | 2.3 |
| 4/11/2016 | Draft reply in support of motion to strike affirmative defenses; circulate to Mr. Fitzgerald and Mr. Canova for review. | 5.3 |
| 5/13/2016 | Edit meet and confer letter regarding initial discovery requests, including legal research. | 2.4 |
| 8/5/2016 | Review Liz Kaplan's deposition transcript; incorporate information into document requests and requests for admission, and identify potential new custodians of information. | 4.6 |
| 8/8/2016 | Continue work on Liz Kaplan deposition review and drafting of discovery requests based thereon. | 3.2 |
| 9/8/2016 | Finalize discovery requests and serve on Nutiva. | 1.2 |
| 9/16/2016 | Perform document review; research on discovery issues. | 1.2 |
| 10/11/2016 | Continue to perform document review, including indexing Nutiva's production. | 7.4 |
| 10/13/2016 | Draft CLRA letter for plaintiff Shirin Delalat regarding her purchase of Extra Virgin and Refined Coconut Oils. | 0.5 |
| 10/17/2016 | Prepare exhibits for motion for summary judgment; review and revise declaration in support thereof; research regarding images for Refined 15-ounce label that was never produced in discovery. | 1.5 |
| 10/17/2016 | Prepare addendum of statutes and regulations in support of plaintiff's motion for summary judgment. | 1.6 |
| 10/31/2016 | Perform further document review, including indexing Nutiva's production. | 4.3 |

| Date | Description (Trevor M. Flynn) | Hours |
|---|---|---|
| 11/1/2016 | Perform further document review, including indexing Nutiva's production. | 5.5 |
| 11/22/2016 | Update production folder to include Nutiva's recent document productions, including preparing them for combination and review; conduct further document review and indexing. | 4.3 |
| 11/23/2016 | Continue document review and indexing of production. | 2.2 |
| 3/1/2017 | Draft discovery responses to Nutiva's requests for admission to Shirin Delalat. | 4.0 |
| 3/2/2017 | Complete initial draft of responses to Nutiva's requests for admission to Shirin Delalat. | 4.0 |
| | **Total =** | **64.3** |

## 4.    Melanie R. Persinger

| Date | Description (Melanie R. Persinger) | Hours |
|---|---|---|
| 5/23/2016 | Draft third party subpoenas. | 0.5 |
| 5/26/2016 | Finish drafts of third party subpoenas; circulate drafts for review; correspondence with co-counsel regarding same. | 3.9 |
| 5/26/2016 | Review letter from Nutiva's counsel regarding discovery requests. | 0.2 |
| 5/27/2016 | Review correspondence regarding Nutiva's discovery responses; review correspondence regarding third party subpoenas; edits to third party subpoenas and circulate same for review. | 1.6 |
| 5/31/2016 | Continue work on third party subpoenas. | 1.9 |
| 7/18/2016 | Create label chart to track timing of label and claim changes. | 2.5 |
| 7/20/2016 | Continue to draft label chart. | 1.0 |
| 8/2/2016 | Review deposition transcript from the deposition of Neil Blomquist; draft new discovery requests based on information disclosed by Mr. Blomquist. | 3.5 |

17

| Date | Description (Melanie R. Persinger) | Hours |
|---|---|---|
| 8/3/2016 | Finish drafting requests for production; correspondence with Mr. Fitzgerald regarding the same; compile list of potential custodians based on information disclosed during depositions; begin draft of requests for admission. | 5 |
| 8/4/2016 | Finish draft of requests for admission and send to Mr. Fitzgerald for review. | 2 |
| 8/4/2016 | Edit discovery requests; correspondence with co-counsel regarding same. | 0.2 |
| 8/23/2016 | Draft joint letter regarding compelling further responses to plaintiff's requests for admission. | 7.3 |
| 8/24/2016 | Edit joint letter regarding compelling further responses to requests for admission; review correspondence regarding discovery letters and attached draft of joint letter regarding Nutiva's responses to plaintiff's interrogatories. | 0.5 |
| 9/22/2016 | Review order granting in part and denying in part motion for judgment on the pleadings, denying motion to remand, and denying motion to strike. | 0.3 |
| 9/26/2016 | Review court order regarding plaintiff's motion to compel responses to interrogatories 10-11. | 0.1 |
| 10/7/2016 | Review order regarding motion to compel discovery. | 0.1 |
| 10/17/2016 | Draft administrative motion to file under seal and supporting documents. | 0.8 |
| 10/18/2016 | Finish drafting administrative motion to file under seal and supporting documents. | 1.8 |
| 11/28/2016 | Draft third party subpoenas and document requests | 3.0 |
| 11/29/2016 | Draft an additional subpoena; finalize all subpoenas; draft notice of intent to serve subpoenas; serve notice of intent to serve subpoenas on opposing counsel. | 1.9 |
| 3/7/2017 | Draft responses and objections to first set of requests for production to plaintiff Shirin Delalat. | 7 |
| 3/8/2017 | Continue drafting responses and objections to first set of requests for production to plaintiff Shirin Delalat. | 5.8 |

| Date | Description (Melanie R. Persinger) | Hours |
|------|-----------------------------------|-------|
| 3/10/2017 | Finish initial draft of responses and objections to first set of requests for production to plaintiff Shirin Delalat. | 1.8 |
| | **Total =** | **52.7** |

## 5.    Paul K. Joseph

| Date | Description (Paul K. Joseph) | Hours |
|------|------------------------------|-------|
| 10/5/2015 | Confidential client communication. | 0.2 |
| 10/13/2015 | Confidential client communication. | 0.2 |
| 10/14/2015 | Confidential client communication. | 1.6 |
| 10/14/2015 | Review scientific studies to incorporate into the complaint. | 0.9 |
| 10/15/2015 | Review scientific studies to incorporate into the complaint. | 0.8 |
| 10/15/2015 | Draft Complaint – researching information regarding defendant entity, Nutiva, the coconut oil products it has sold, and the representations it has makes regarding its coconut oils. | 0.8 |
| 10/20/2015 | Confidential client communication. | 1.4 |
| 10/21/2015 | Confidential client communication. | 0.9 |
| 10/22/2015 | Confidential client communication. | 0.3 |
| 10/22/2015 | Draft CLRA demand letter. | 0.7 |
| 10/25/2015 | Research and read studies and articles regarding negative health effects of saturated fat for incorporation into complaint. | 1.4 |
| 10/26/2015 | Draft Complaint allegations related to health effects of saturated fat. | 2.7 |
| 10/27/2015 | Draft Complaint allegations on scientific studies regarding coconut oil and CVD; begin drafting sections. | 4.0 |
| 10/29/2015 | Continue drafting portions of complaint related to health effects of coconut oil. | 4.6 |
| 10/31/2015 | Research violations of Cal. Sherman Law and federal nutrient content claims regulations. | 0.9 |

| Date | Description (Paul K. Joseph) | Hours |
|---|---|---|
| 10/31/2015 | Draft Complaint allegations regarding misbranding claims. | 0.4 |
| 11/1/2015 | Continue to draft Complaint allegations regarding misbranding claims. | 2.2 |
| 11/2/2015 | Draft Complaint allegations regarding misleading nature of Nutiva's labeling, including research on Extra Virgin, Virgin, and Refined products. | 4.6 |
| 11/3/2015 | Edit Complaint. | 0.6 |
| 12/2/2015 | Call with Mr. Fitzgerald and Mr. Canova regarding draft Complaint. | 0.4 |
| 12/2/2015 | Edit Complaint. | 0.1 |
| 12/5/2015 | Review correspondence from Nutiva's counsel and outline response. | 0.3 |
| 12/6/2015 | Continue to edit Complaint. | 0.3 |
| 12/8/2015 | Continue to edit Complaint. | 1.2 |
| 12/16/2015 | Research health effects of replacing saturated fats with unsaturated fats and polyunsaturated fats. | 0.4 |
| 12/16/2015 | Additional research on previous versions of labels. | 0.4 |
| 1/5/2016 | Edit Complaint. | 0.6 |
| 1/6/2016 | Confidential client communication. | 0.1 |
| 1/6/2016 | Draft CLRA venue affidavit. | 0.2 |
| 1/6/2016 | Review and edit Complaint; send to client for review. | 1.3 |
| 1/7/2016 | Final Review of Complaint. | 0.3 |
| 2/11/2016 | Review Case Scheduling Order and Removal Documents filed by Nutiva. | 0.5 |
| 2/19/2016 | Review ECF updates and attached documents: judge reassignment (16), case management conference date (17), order of recusal (13). | 0.2 |
| 3/1/2016 | Call with Mr. Fitzgerald to defense counsel to arrange 26(f) conference. | 0.1 |
| 3/1/2016 | Draft plaintiff's first set of Requests for Production. | 3.5 |

| Date | Description (Paul K. Joseph) | Hours |
|------|------------------------------|-------|
| 3/1/2016 | Draft plaintiff's first set of Interrogatories. | 0.4 |
| 3/2/2016 | Draft plaintiff's first set of Interrogatories. | 0.6 |
| 3/2/2016 | Draft initial joint 26(f) report to send to Nutiva in preparation for conference. | 1.0 |
| 3/3/2016 | Draft plaintiff's initial discovery disclosures. | 0.5 |
| 3/9/2016 | Review Nutiva's motion for judgment on the pleadings and outlining opposition arguments; call with Mr. Fitzgerald regarding same. | 0.9 |
| 3/9/2016 | Call with Mr. Fitzgerald and Mr. Canova regarding 26(f) report. | 0.3 |
| 3/9/2016 | Review and edit draft of motion to remand claims for injunctive relief. | 0.3 |
| 3/9/2016 | Research for opposition to Nutiva's motion for judgment on the pleadings, including Article III standing for injunctive relief in false advertising cases and plaintiff's ability to bring claims for products not purchased. | 2.8 |
| 3/9/2016 | Draft plaintiff's opposition to Nutiva's motion for judgment on the pleadings. | 3.1 |
| 3/10/2016 | Research for opposition to Nutiva's motion for judgment on the pleadings, including review of case law regarding unlawful misbranding claims. | 4.8 |
| 3/10/2016 | Draft plaintiff's opposition to Nutiva's motion for judgment on the pleadings. | 0.6 |
| 3/11/2016 | Draft plaintiff's opposition to Nutiva's motion for judgment on the pleadings. | 5.8 |
| 3/11/2016 | Edit motion to remand claims for injunctive relief. | 4.0 |
| 3/12/2016 | Draft plaintiff's opposition to Nutiva's motion for judgment on the pleadings. | 0.5 |
| 3/13/2016 | Draft plaintiff's opposition to Nutiva's motion for judgment on the pleadings. | 4.4 |
| 3/14/2016 | Draft plaintiff's opposition to Nutiva's motion for judgment on the pleadings. | 6.2 |

| Date | Description (Paul K. Joseph) | Hours |
|---|---|---|
| 3/15/2016 | Draft plaintiff's opposition to Nutiva's motion for judgment on the pleadings. | 5.9 |
| 3/15/2016 | Draft request for judicial notice. | 0.4 |
| 3/16/2016 | Edit plaintiff's opposition to Nutiva's motion for judgment on the pleadings. | 3.2 |
| 3/19/2016 | Edit Plaintiff's first set of requests for production, interrogatories, and requests for admission. | 0.5 |
| 3/21/2016 | Edit plaintiff's first set of requests for admission. | 0.3 |
| 3/22/2016 | Draft supporting declaration and prepare exhibits for plaintiff's opposition to Nutiva's motion for judgment on the pleadings. | 0.7 |
| 3/22/2016 | Call with co-counsel Mr. Fitzgerald concerning final tasks to file opposition to Nutiva's motion for judgment on the pleadings. | 0.2 |
| 3/22/2016 | Research supplemental jurisdiction over injunctive relief claims and draft argument regarding same in plaintiff's opposition to Nutiva's motion for judgment on the pleadings. | 1.5 |
| 3/22/2016 | Edit opposition to Nutiva's motion for judgment on the pleadings to hit page limit. | 2.2 |
| 3/22/2016 | Draft proposed order granting request for judicial notice. | 0.5 |
| 4/1/2016 | Review Nutiva's opposition to plaintiff's motion to remand claims for injunctive relief and begin draft of reply in support of motion. | 4.7 |
| 4/3/2016 | Draft reply in support of plaintiff's motion to remand claims for injunctive relief. | 0.6 |
| 4/4/2016 | Draft reply in support of plaintiff's motion to remand claims for injunctive relief. | 0.5 |
| 4/13/2016 | Review Nutiva's reply in support of motion for judgment on the pleadings. | 0.4 |
| 4/13/2016 | Draft and edit reply in support of motion to strike Nutiva's affirmative defenses. | 2.8 |

| Date | Description (Paul K. Joseph) | Hours |
|---|---|---|
| 4/25/2016 | Review ADR packet with Preston Jones and submit certification. | 0.6 |
| 5/9/2016 | Review and catalog document production. | 2.6 |
| 5/10/2016 | Review and catalog document production. | 3.2 |
| 5/11/2016 | Review and catalog document production. | 3.4 |
| 5/16/2016 | Review and catalog document production. | 0.5 |
| 5/17/2016 | Draft notices of deposition for Elizabeth Kaplan and Neil Blomquist. | 0.4 |
| 6/1/2016 | Prepare for deposition of Neil Blomquist. | 1.1 |
| 6/1/2016 | Email opposing counsel regarding depositions and scheduling. | 0.3 |
| 6/2/2016 | Prepare for deposition of Neil Blomquist. | 2.7 |
| 6/2/2016 | Email opposing counsel regarding deposition and scheduling. | 0.6 |
| 6/2/2016 | Call with Mr. Fitzgerald regarding Blomquist deposition. | 0.2 |
| 6/5/2016 | Revise discovery letter and prepare for meet and confer call. | 0.7 |
| 6/6/2016 | Call to prepare for meet and confer with Mr. Fitzgerald. | 1.1 |
| 6/6/2016 | Conduct meet and confer regarding plaintiff's first set of discovery requests and defendant's objections thereto. | 1.9 |
| 6/9/2016 | Draft notice of authority regarding Costco decision and file with court. | 0.3 |
| 6/13/2016 | Review Nutiva's amended discovery production. | 0.2 |
| 6/13/2016 | Meet and confer call with co-counsel Mr. Fitzgerald and opposing counsel Sanjay Karnik and Matt Orr. | 0.5 |
| 6/14/2016 | Email opposing counsel regarding scheduling of depositions for Liz Kaplan and Neil Blomquist. | 0.1 |
| 6/14/2016 | Draft list of discovery search terms. | 1.8 |
| 6/14/2016 | Review production from third party, Total Label. | 0.3 |
| 6/15/2016 | Compile list of discovery issues to address. | 0.3 |

| Date | Description (Paul K. Joseph) | Hours |
|------|------------------------------|-------|
| 6/17/2016 | Edit search terms list. | 0.2 |
| 6/24/2016 | Review production from third party, Buzzback. | 0.3 |
| 6/24/2016 | Review Nutiva's supplemental responses to plaintiff's first set of requests for admission. | 0.1 |
| 6/24/2016 | Review production from third party, UNFI. | 0.8 |
| 6/27/2016 | Send email to opposing counsel requesting conference call and summarizing issues to discuss. | 0.3 |
| 6/30/2016 | Call with Mr. Fitzgerald to prepare for meet and confer call. | 0.1 |
| 6/30/2016 | Participate in discovery call with Mr. Fitzgerald, Mr. Karnik and Mr. Orr. | 0.3 |
| 7/1/2016 | Draft confirmatory email regarding June 30 discovery call and track down information regarding Liz Siemens to provide to Nutiva. | 0.3 |
| 7/13/2016 | Call with Mr. Fitzgerald to discuss deposition preparation and strategy. | 0.3 |
| 7/15/2016 | Review production from third party, KEHE. | 0.8 |
| 7/16/2016 | Prepare for deposition of Neil Blomquist. | 3.4 |
| 7/17/2016 | Prepare for depositions with Mr. Fitzgerald. | 5.1 |
| 7/18/2016 | Prepare for deposition of Neil Blomquist. | 8.2 |
| 7/19/2016 | Prepare for deposition of Neil Blomquist. | 7.4 |
| 7/20/2016 | Travel to Oakland for depositions. | 2.3 |
| 7/20/2016 | Prepare for depositions. | 3.8 |
| 7/21/2016 | Finish preparing and depose Neil Blomquist. | 7.6 |
| 7/22/2016 | Second Chair deposition of Elizabeth Kaplan; return travel to San Diego. | 12.9 |
| 7/26/2016 | Review discovery responses and draft letter regarding same. | 1.5 |
| 7/27/2016 | Draft letter to court seeking leave to file motion to compel. | 2.9 |
| 7/29/2016 | Draft letter to court seeking leave to file motion to compel. | 0.7 |

| Date | Description (Paul K. Joseph) | Hours |
|---|---|---|
| 7/29/2016 | Review July 18, 2016 Nutiva production. | 0.1 |
| 7/29/2016 | Review production from Liz Kaplan. | 0.9 |
| 7/30/2016 | Review Mr. Fitzgerald's edits to letter to court seeking leave to file motion to compel and requesting assignment to magistrate. | 0.2 |
| 8/8/2016 | Review Nutiva's portion of letter to court seeking leave to file motion to compel and requesting assignment to magistrate, edit letter to address issues raised in Nutiva's portion of the letter, and email to counsel for parties. | 0.7 |
| 8/9/2016 | Review Nutiva's second round of edits to letter to court seeking leave to file motion to compel and making final edits to plaintiff's portion of the letter. | 0.8 |
| 8/12/2016 | Discussing settlement call with co-counsel Mr. Fitzgerald. | 0.2 |
| 8/12/2016 | Review Order by Judge Kandis A. Westmore terminating 8/10/2016 Joint Discovery Letter. | 0.1 |
| 8/12/2016 | Review decisions noticed by Nutiva on 8/11/2016: *Parent v. Millercoors* and *Strumlauf v. Starbucks*. | 0.3 |
| 8/17/2016 | Conference call with co-counsel Mr. Fitzgerald and Thomas A. Canova regarding Nutiva's request for a settlement demand. | 0.1 |
| 8/18/2016 | Draft revised discovery dispute letter regarding Nutiva's responses to interrogatories per Judge Westmore's Order (Dkt. No. 48). | 0.9 |
| 8/19/2016 | Draft revised discovery dispute letter regarding Nutiva's responses to interrogatories per Judge Westmore's Order (Dkt. No. 48). | 0.5 |
| 8/22/2016 | Draft revised discovery dispute letter regarding Nutiva's responses to interrogatories per Judge Westmore's Order (Dkt. No. 48). | 0.2 |
| 8/24/2016 | Review revised discovery dispute letter regarding Nutiva's responses to requests for admission per Judge Westmore's order (Dkt. No. 48). | 0.2 |

| Date | Description (Paul K. Joseph) | Hours |
|---|---|---|
| 8/31/2016 | Draft revised discovery dispute letter regarding Nutiva's responses to requests for production per Judge Westmore's Order (Dkt. No. 48). | 1.3 |
| 9/1/2016 | Draft revised discovery dispute letter regarding Nutiva's responses to requests for production per Judge Westmore's Order (Dkt. No. 48). | 0.7 |
| 9/2/2016 | Revise discovery dispute letter regarding Nutiva's responses to requests for production per Judge Westmore's Order (Dkt. No. 48). | 0.4 |
| 9/4/2016 | Review production of John Roulac emails. | 2.9 |
| 9/6/2016 | Review and edit plaintiff's second set of discovery requests to Nutiva. | 1.1 |
| 9/11/2016 | Review documents produced by Nutiva (NUT3613 - NUT4081). | 1.7 |
| 9/12/2016 | Edit joint discovery letters and draft email to Mr. Karnik regarding same. | 1.2 |
| 9/14/2016 | Review and edit joint discovery letters. | 0.6 |
| 9/22/2016 | Reading Judge Gilliam's order on motions for Judgment on Pleadings and to Strike defenses. | 0.4 |
| 9/22/2016 | Read Judge Westmore's Order granting leave to file discovery dispute letter in excess of 5 page limit. | 0.1 |
| 9/24/2016 | Confidential client communication. | 0.2 |
| 9/26/2016 | Participate in 26(f) and discovery plan conference with opposing counsel and review draft report. | 0.4 |
| 9/28/2016 | Review and edit revised 26(f) report. | 0.4 |
| 10/5/2016 | Review production of Folena-Spellman emails. | 1.1 |
| 10/5/2016 | Review stipulated scheduling order and proposed order. | 0.2 |
| 10/5/2016 | Call with Mr. Fitzgerald to discuss stipulated scheduling order and proposed order. | 0.1 |
| 10/6/2016 | Confidential client communication. | 0.3 |

| Date | Description (Paul K. Joseph) | Hours |
|---|---|---|
| 10/7/2016 | Review order by Judge Westmore on motion to compel requests for production 22-23. | 0.1 |
| 10/7/2016 | Review production sent by Mr. Karnik. | 0.3 |
| 10/10/2016 | Review discovery requests to Nutiva to determine which requests plaintiff is entitled to discovery on regarding Extra Virgin and Refined Coconut Oils. | 0.3 |
| 10/10/2016 | Email Mr. Karnik regarding production of Extra Virgin and Refined Coconut Oil labels. | 0.1 |
| 10/11/2016 | Review Judge Westmore's order regarding requests for admission, read emails regarding same. | 0.2 |
| 10/13/2016 | Review and edit draft of motion for summary judgment. | 1.5 |
| 10/13/2016 | Discuss motion for summary judgment with co-counsel. | 0.4 |
| 10/14/2016 | Research legislative history regarding nutrient content claims and purpose of preventing consumer deception (Fed. Reg.), and add to motion. | 2.2 |
| 10/16/2016 | Draft and edit motion for summary judgment. | 1.1 |
| 10/17/2016 | Draft and edit motion for summary judgment. | 2.3 |
| 10/17/2016 | Discussing motion for summary judgment with Mr. Fitzgerald. | 0.4 |
| 10/17/2016 | Review and edit supporting documents for motion for summary judgment. | 0.4 |
| 10/17/2016 | Edit statutory appendix. | 0.3 |
| 10/18/2016 | Review and edit motion for summary judgment. | 0.4 |
| 10/19/2016 | Review Mr. Karnik's email regarding one-way intervention rule and research same. | 0.8 |
| 10/20/2016 | Call with Mr. Fitzgerald and Mr. Canova regarding case management issues. | 0.3 |
| 10/21/2016 | Review and edit discovery letter to Nutiva regarding plaintiff's second set of discovery requests. | 0.6 |

| Date | Description (Paul K. Joseph) | Hours |
|---|---|---|
| 10/28/2016 | Call with Mr. Fitzgerald and Mr. Canova regarding mediation, Nutiva's refusal to provide insurance agreement, and other discovery issues. | 0.2 |
| 10/28/2016 | Reading Nutiva's discovery letter. | 0.5 |
| 10/28/2016 | Call with Mr. Fitzgerald and Mr. Canova to discuss potential mediation and ongoing discovery issues. | 0.2 |
| 11/2/2016 | Meet and confer call with Mr. Fitzgerald, Mr. Karnik, and Mr. Orr; follow-up call with Mr. Fitzgerald. | 2.6 |
| 11/4/2016 | Review Nutiva's insurance policies. | 1.3 |
| 11/7/2016 | Research strategies for insurance demands and how to determine whether policies can be aggregated. | 1.8 |
| 11/9/2016 | Research insurance issues regarding products' completed operations hazard coverage, applicable limits, non-cumulation provisions, and relevant case law. | 1.7 |
| 11/10/2016 | Draft settlement demand letter. | 2.0 |
| 11/11/2016 | Call with Mr. Fitzgerald and Mr. Canova regarding first amended complaint. | 0.2 |
| 11/11/2016 | Confidential client communications. | 0.5 |
| 11/11/2016 | Call with Mr. Fitzgerald and Mr. Canova to discuss insurance. | 0.2 |
| 11/11/2016 | Amend Complaint. | 1.8 |
| 11/12/2016 | Amend Complaint. | 0.2 |
| 11/14/2016 | Amend Complaint. | 1.4 |
| 11/14/2016 | Draft insurance demand letter. | 2.1 |
| 11/14/2016 | Confidential client communication. | 0.2 |
| 11/15/2016 | Research insurance coverage provisions and continue to draft insurance demand letter. | 5.1 |
| 11/16/2016 | Draft insurance demand letter. | 2.2 |
| 11/21/2016 | Edit insurance demand letter. | 1.1 |
| 11/21/2016 | Review and respond to emails regarding mediation. | 0.1 |

| Date | Description (Paul K. Joseph) | Hours |
|---|---|---|
| 11/21/2016 | Draft 30(b)(6) deposition notice. | 2.7 |
| 11/21/2016 | Confidential client communication. | 0.1 |
| 11/22/2016 | Confidential client communication. | 0.2 |
| 11/22/2016 | Call with Mr. Fitzgerald regarding strategy for scientific expert report. | 0.4 |
| 11/23/2016 | Draft 30(b)(6) deposition notice and outline for deposition. | 0.9 |
| 11/23/2016 | Review materials for expert Dr. Michael Greger sent by Mr. Fitzgerald, and discuss same with Mr. Fitzgerald. | 0.9 |
| 11/25/2016 | Review Nutiva production (NUT5761-NUT6707). | 1.2 |
| 11/28/2016 | Draft stipulation and proposed order regarding mediation deadline extension. | 0.6 |
| 11/28/2016 | File stipulation and proposed order regarding mediation deadline extension; email proposed order to chambers. | 0.4 |
| 11/29/2016 | Call with Dr. Greger and Mr. Fitzgerald. | 0.3 |
| 12/1/2016 | Review revisions to insurance demand letter. | 0.1 |
| 12/1/2016 | Discuss case strategy with Mr. Fitzgerald and Mr. Canova. | 0.3 |
| 12/2/2016 | Revise insurance letter. | 1.0 |
| 12/5/2016 | Revise insurance letter. | 0.2 |
| 12/5/2016 | Call with Mr. Fitzgerald regarding Shirin Delalat. | 0.1 |
| 12/12/2016 | Research regarding address for Addis Group subpoena. | 0.2 |
| 12/12/2016 | Call with Mr. Fitzgerald regarding discovery. | 0.1 |
| 12/15/2016 | Edit 30(b)(6) deposition notice. | 0.2 |
| 12/16/2016 | Call third party Presence Marketing regarding subpoena. | 0.1 |
| 12/16/2016 | Draft mediation brief. | 1.0 |
| 12/19/2016 | Draft mediation brief. | 0.8 |
| 12/23/2016 | Draft mediation brief. | 0.4 |
| 12/26/2016 | Draft mediation brief. | 3.6 |
| 12/26/2016 | Review draft expert report of Dr. Michael Greger. | 0.5 |

| Date | Description (Paul K. Joseph) | Hours |
|---|---|---|
| 12/27/2016 | Draft mediation brief. | 2.3 |
| 1/11/2017 | Draft mediation brief. | 1.2 |
| 1/12/2017 | Draft mediation brief. | 0.2 |
| 1/15/2017 | Draft mediation brief. | 3.7 |
| 1/16/2017 | Draft mediation brief. | 4.4 |
| 1/17/2017 | Revise draft Dr. Greger report. | 3.5 |
| 1/17/2017 | Draft mediation brief. | 3.8 |
| 1/18/2017 | Draft mediation brief. | 3.2 |
| 1/18/2017 | Review materials produced by third party, Presence Marketing. | 0.1 |
| 1/23/2017 | Revise mediation brief and prepare exhibits. | 1.1 |
| 1/24/2017 | Continue to prepare exhibits for mediation brief. | 1.8 |
| 1/25/2017 | Call with Mr. Fitzgerald and expert Dr. Greger. | 0.2 |
| 1/25/2017 | Preparing Greger report for use in mediation brief. | 0.7 |
| 1/31/2017 | Travel to and from mediation, and attend mediation. | 14.8 |
| 2/1/2017 | Call with co-counsel regarding settlement discussions and strategy. | 0.2 |
| 2/7/2017 | Call with Mr. Karnik; email opposing counsel regarding scheduling for 30(b)(6) deposition. | 0.2 |
| 2/8/2017 | Call with Mr. Canova and Mr. Fitzgerald regarding settlement discussions with opposing counsel. | 0.1 |
| 2/14/2017 | Confer with Mr. Fitzgerald and Mr. Canova regarding settlement. | 0.1 |
| 3/8/2017 | Prepare for 30(b)(6) deposition and case strategy meeting with Mr. Fitzgerald. | 7.8 |
| 3/14/2017 | Review Nutiva's objections to plaintiff's deposition notice, discuss with co-counsel, and review and edit email to opposing counsel regarding same. | 0.5 |

| Date | Description (Paul K. Joseph) | Hours |
|---|---|---|
| 3/15/2017 | Meet and confer with Mr. Canova, Mr. Fitzgerald, and Mr. Karnik regarding Nutiva's objections to 30(b)(6) deposition notice. | 1.0 |
| 3/19/2017 | Assist Mr. Fitzgerald in preparing for 30(b)(6) deposition; travel to San Francisco for deposition. | 8.1 |
| 3/20/2017 | Prepare for and second chair 30(b)(6) deposition and debriefing regarding same; return travel from deposition. | 14.1 |
| | **Total =** | **326.6** |

31