# Exhibit F

# EXPENSES FOR WHICH COUNSEL SEEKS REIMBURSEMENT

*Summary of Expenses*

| § 1033.5(a) Expenses | $17,751.65 |
|---|---|
| § 1033.5(c) Expenses | $10,022.32 |
| Total = | $27,773.97 |

*Costs Recoverable Under Cal. Code Civ. P. § 1033.5(a)*

| Date | Description | Amount |
|---|---|---|
| 1/12/2016 | Filing Fee for Jones v. Nutiva | $1,578.21 |
| 1/20/2016 | One Legal - Fee for Filing Notice of Proof of Service | $45.95 |
| 5/27/2016 | Service of Deposition Subpoena on Liz Kaplan | $185.00 |
| 6/1/2016 | Service of Document Subpoena on KeHe Distributors | $185.00 |
| 6/1/2016 | Service of Document Subpoena on Super Natural Distributors | $225.00 |
| 6/1/2016 | Service of Document Subpoena on United Natural Foods | $145.00 |
| 6/1/2016 | Service of Document Subpoena on Total Labels USA | $225.00 |
| 6/1/2016 | Service of Document Subpoena on BuzzBack | $195.00 |
| 6/1/2016 | Service of Document Subpoena on Pure Branding | $185.00 |
| 6/1/2016 | Service of Document Subpoena on Phildesco, Inc. | $225.00 |
| 7/12/2016 | Southwest – JF Trip to Oakland July 20-22 for depositions of Neil Blomquist and Liz Kaplan | $378.96 |
| 7/13/2016 | Southwest – PKJ Trip to Oakland July 20-22 for depositions of Neil Blomquist and Liz Kaplan | $407.95 |
| 7/21/2016 | Breakfast for PKJ | $2.18 |
| 7/21/2016 | Uber - JF and PKJ from OAK to hotel for Nutiva depositions | $32.94 |
| 7/21/2016 | Lunch for JF and PKJ during Blomquist deposition | $23.17 |
| 7/22/2016 | Lunch for JF and PKJ during Kaplan deposition | $21.52 |
| 7/22/2016 | JF and PKJ dinner while travelling home from Oakland | $65.00 |
| 7/23/2016 | Uber - JF and PKJ to Oakland airport | $29.65 |

1

| Date | Description | Amount |
|---|---|---|
| 7/23/2016 | Uber - JF home from SAN airport | $20.46 |
| 7/23/2016 | Hilton Garden Inn - PKJ room and meals for July 20-22 trip | $599.88 |
| 7/23/2016 | Hilton Garden Inn - JF room and meals for July 20-22 trip | $592.56 |
| 10/17/2016 | Payment to Leo Mankowitz for Transcript of CMC Hearing | $103.55 |
| 11/30/2016 | Service of Document Subpoena on Acosta, Inc. | $165.00 |
| 11/30/2016 | Service of Document Subpoena on Addis Group | $90.00 |
| 11/30/2016 | Service of Document Subpoena on Bedrock Analytics | $90.00 |
| 11/30/2016 | Service of Document Subpoena on Berlin Packaging | $165.00 |
| 11/30/2016 | Service of Document Subpoena on Presence Marketing | $165.00 |
| 3/9/2017 | Payment to TSG for Depositions of Neil Blomquist and Liz Kaplan in Jones v. Nutiva | $5,746.40 |
| 3/12/2017 | Southwest – PKJ Flight for Nutiva 30(b)(6) deposition | $397.88 |
| 3/12/2017 | Southwest – JF Flight for Nutiva 30(b)(6) deposition | $495.76 |
| 3/19/2017 | Omni San Francisco - Rooms & dinner for JF & PKJ for Nutiva 30(b)(6) deposition | $500.88 |
| 3/19/2017 | JF & PKJ meal in SF Airport | $21.07 |
| 3/20/2017 | JF & PKJ breakfast, day of Nutiva 30(b)(6) deposition | $18.15 |
| 3/20/2017 | JF & PKJ dinner after Nutiva 30(b)(6) deposition | $58.91 |
| 3/20/2017 | TSG Invoice for Roulac Deposition Court Reporter & Transcript | $3,151.80 |
| 3/20/2017 | TSG Invoice for Roulac Videographer | $1,146.25 |
| 3/20/2017 | Lunch during Roulac deposition | $24.55 |
| 3/20/2017 | Uber – PKJ & JF from Roulac deposition to OAK Airport | $35.60 |
| 3/20/2017 | Uber to Airport for Roulac Depo | $7.42 |
| | *Subtotal =* | *$17,751.65* |

*Costs Recoverable Under Cal. Code Civ. P. § 1033.5(c) as Reasonably Necessary to Conduct the Litigation*

| Date | Description | Amount |
|---|---|---|
| 10/22/2015 | CLRA Demand Letter | $6.74 |
| 3/17/2016 | FedEx - Chambers Copies of Motion to Remand Injunctive Relief Claims to Judge Gilliam | $32.04 |
| 3/24/2016 | FedEx Chambers Copies to Judge Gilliam | $25.75 |
| 3/30/2016 | FedEx - Sent Chambers Copies to Judge Gilliam | $42.75 |
| 4/5/2016 | FedEx - Chambers Copies to Judge Gilliam | $26.11 |
| 4/12/2016 | Southwest - Flight to SFO for Nutiva Hearing | $250.95 |
| 8/13/2016 | FedEx - Chambers Copies to Judge Gilliam of Joint Letter Brief Re Discovery Motion | $25.75 |
| 9/23/2016 | Southwest - Flight to SF for Initial Case Management Conference | $339.96 |
| 10/1/2016 | JF Hotel for Nutiva CMC | $320.07 |
| 10/3/2016 | JF Food during travel | $14.26 |
| 10/4/2016 | Uber, Office to SAN Airport for Nutiva travel | $7.55 |
| 10/4/2016 | Uber, SFO to Hotel | $19.99 |
| 10/4/2016 | Uber, Courthouse to Hotel after hearing | $7.97 |
| 10/4/2016 | Uber, Hotel to SFO after hearing | $30.00 |
| 10/4/2016 | Uber, SAN to Office after arrival home | $10.41 |
| 10/4/2016 | JF Dinner during Nutiva travel. | $32.00 |
| 10/4/2016 | JF breakfast at SFO | $23.46 |
| 10/20/2016 | FedEx MSJ Motion to Judge Gilliam | $65.96 |
| 11/29/2016 | FedEx Chambers Copies of Joint Stipulation to Judge Gilliam | $41.68 |
| 1/4/2017 | Mediation Fee | $7,450 |
| 1/4/2017 | Southwest - PJ Roundtrip Airfare for Nutiva Mediation | $117.78 |
| 1/9/2017 | Southwest - JF Roundtrip Airfare for Nutiva Mediation | $117.88 |

| Date | Description | Amount |
|---|---|---|
| 1/25/2017 | Expert Fee for Dr. Greger – Preparing Expert Report for Nutiva Mediation | $112.15 |
| 1/31/2017 | Uber – PKJ, Home to SAN Airport for Nutiva Mediation | $7.18 |
| 1/31/2017 | JF Breakfast at SAN for trip to SF for Nutiva Mediation | $13.41 |
| 1/31/2017 | JF Uber to SAN for trip to SF for Nutiva Mediation | $14.68 |
| 1/31/2017 | Uber - JF & PKJ, OAK to JAMS for Nutiva Mediation | $44.99 |
| 1/31/2017 | Uber - JF & PKJ, JAMS to OAK for Nutiva Mediation | $40.91 |
| 1/31/2017 | Southwest - JF change trip charge | $251.94 |
| 1/31/2017 | Shared Rental Car to drive to San Diego after flight forced to land at alternative airport | $80.00 |
| 1/31/2017 | Southwest - PKJ change trip charge | $193.00 |
| 1/31/2017 | JF & PKJ meal after Nutiva Mediation | $45.00 |
| Inception – Mar. 2017 | Deadlines – Calendaring for LOJF | $210.00 |
| | *Subtotal =* | *$10,022.32* |