# Exhibit A

THE LAW OFFICE OF
**PAUL K. JOSEPH**

4125 W. Pt. Loma Blvd. #206 | San Diego, California 92110
Phone: 619.767.0356 | Fax: 619.331.2945

## Firm Resume – May 2017

**Overview**

The Law Office of Paul K. Joseph, PC, which was founded in 2015, specializes in consumer protection. We have significant experience in consumer protection class actions involving falsely advertise of foods products and dietary supplements.

### Attorneys

**Paul K. Joseph (Principal)**

Mr. Joseph has devoted nearly all of his practice to vindicating the rights of injured consumers through class actions. He has successfully prosecuted numerous consumer protection class actions, including against other coconut oil manufacturers for misleading health and wellness claims:

> *Cumming v. BetterBody Foods & Nutrition, LLC*, **No. 37-2016-00019510-CU-BT-CTL (San Diego County Super. Ct.)**
> Allegations that BetterBody falsely and unlawful labeled its virgin and refined coconut oils with health and wellness claims. Obtained nationwide settlement that prohibits BetterBody's from using challenge health and wellness claims on its virgin and refined coconut oil products. In addition, settlement provided $1.1 in monetary relief to the class.

Before founding his firm, he was an associate at the Weston Firm, where he worked on numerous successful class actions.

> *In re Qunol CoQ10 Liquid Labeling Litigation*, **No. 11-cv-173-DOC (C.D. Cal.)** – Allegations that defendants misleadingly labeled a dietary supplement as providing "six times more absorption." Obtained certification of a nationwide class, *Bruno v. Quten Research Institute, LLC*, 280 F.R.D. 524 (C.D. Cal. 2011), and avoided decertification following the Ninth Circuit's decision in *Mazza v. Am. Honda Motor Co.*, 666 F.3d 581 (9th Cir. 2012), *see Bruno v. Eckhart Corp.*, 280 F.R.D. 540 (C.D. Cal. 2012). Obtained class settlement obligating defendants to provide refunds and refrain from advertising the product as providing six times more absorption. *Bruno v. Quten Research Institute, LLC*, 2013 WL 990495 (C.D. Cal. Mar. 13, 2013).

> *In re Quaker Oats Labeling Litigation*, **No. 10-cv-502-RS (N.D. Cal.)** – Allegations that Quaker labeled food products containing artificial trans fat with misleading health and wellness claims. In July 2014, the Honorable Richard Seeborg granted final approval to a

settlement that required Quaker to remove partially hydrogenated vegetable oils containing artificial trans fat from a wide variety of bar and oatmeal products.

***Henderson v. The J.M. Smucker Company***, No. 2:10-cv-4524-GHK (C.D. Cal.) This action was the catalyst forcing the defendant to reformulate a children's frozen food production to remove trans fat. On June 19, 2013, the Honorable George H. King held the firm's client was a prevailing Private Attorney General and entitled to her costs and attorneys' fees.

Mr. Joseph was admitted to practice law in California in 2012. He is a 2012 graduate of University of Michigan Law School, where he graduated *cum laude*. During law school, he also served as a judicial extern for the Honorable James Ware. Mr. Joseph spends substantial time on pro-bono work on behalf of at risk youth and foster children.

**Richelle Kemler Vanden Bergh**

Ms. Kemler is an experienced civil litigator who began practicing in 2004. Before joining the Law Office of Paul K. Joseph, she was a partner at Joyce Childers LLP and was formerly with Glassman, Browning, Saltsman & Jacobs of Beverly Hills where she was primarily responsible for complex civil litigation, including representation of Playboy Enterprises, Inc., Allergan Pharmaceutical International and Skechers USA, Inc. in defamation defense and product disparagement matters, as well as representing defamation victims against CNN, CBS, ABC, The New York Times and the National Enquirer.

In addition to obtaining her Juris Doctorate from Loyola Law School in 2004, she obtained a Master in Social Work degree from Arizona State University.