1  Matthew R. Orr, Bar No. 211097
     morr@calljensen.com
2  William P. Cole, Bar No. 186772
     wcole@calljensen.com
3  CALL & JENSEN
   A Professional Corporation
4  610 Newport Center Drive, Suite 700
   Newport Beach, CA  92660
5  Tel:   (949) 717-3000
   Fax:   (949) 717-3100
6
7
   Appearance *Pro Hac Vice*:
8  Rakesh M. Amin, Illinois Bar No. 6228751
     rakesh@amintalati.com
9  Ryan M. Kaiser, Illinois Bar No. 6269873
     ryan@amintalati.com
10 Sanjay S. Karnik, Illinois Bar No. 6300156
     sanjay@amintalati.com
11 AMIN TALATI & UPADHYE, LLC
   100 S. Wacker Drive, Suite 2000
12 Chicago, IL 60606
   Tel:   (312) 327-3382
13 Fax:   (312) 884-7352
14
15 Attorneys for Defendant Nutiva, Inc.
16
                 **UNITED STATES DISTRICT COURT**
17
                **NORTHERN DISTRICT OF CALIFORNIA**
18
19
20 PRESTON JONES and SHIRIN            Case No.  4:16-cv-00711 HSG
   DELALAT, on behalf of themselves, all
21 others similarly situated, and the general **STIPULATED REQUEST TO**
   public,                                    **MODIFY BRIEFING SCHEDULE ON**
22                                            **PLAINTIFF PRESTON JONES'**
                Plaintiff,                    **MOTION FOR ATTORNEYS' FEES**
23                                            **AND COSTS**
           vs.
24
25 NUTIVA, INC.,                        Judge:  Hon. Haywood S. Gilliam, Jr.
26              Defendant.
                                        Complaint Filed:   January 8, 2016
27                                      Trial Date:        None Set
28

NUT04-02:1959002_1:6-1-17                      - 1 -
STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON PLAINTIFF PRESTON JONES' MOTION FOR
ATTORNEYS' FEES AND COSTS

1    Plaintiffs Preston Jones and Shirin Delalat, and Defendant Nutiva, Inc.

2    ("Nutiva"), hereby stipulate to and request that the Court modify the briefing schedule

3    on Plaintiff Preston Jones' Motion for Attorneys' Fees and Costs (Dkt. No. 86), as

4    follows:

5        WHEREAS, on May 22, 2017, Plaintiff Preston Jones filed a Motion for

6    Attorneys' Fees and Costs, with a hearing date set for July 13, 2017;

7        WHEREAS, Nutiva's opposition to said motion is currently due on June 5, 2017;

8        WHEREAS, Nutiva's counsel preparing the opposition is also preparing lengthy

9    post-arbitration briefing in another matter, which briefing is due June 2, 2017;

10       WHEREAS, Nutiva's counsel preparing the opposition is also preparing for

11   mediation, including a mediation brief, in another class action on June 5, 2017;

12       WHEREAS, the motion for attorneys' fees and costs is accompanied by

13   approximately 180 pages of declarations and exhibits, requiring time to review and

14   analyze;

15       WHEREAS, the parties agree that Nutiva's time to file an opposition to the

16   motion for attorneys' fees and costs should be extended by one-week;

17       WHEREAS, no previous extension has been requested regarding Plaintiff Preston

18   Jones' motion, the extension will not affect the hearing date on the motion, and the

19   extension will not affect any other dates in the case;

20       THEREFORE, the parties stipulate and respectfully request that the Court order:

21       1.    Nutiva's opposition to Plaintiff Preston Jones' Motion for Attorneys' Fees

22   and Costs shall be due on or before June 12, 2017;

23       2.    Plaintiff Preston Jones' reply in support of his Motion for Attorneys' Fees

24   and Costs shall be due on or before June 19, 2017; and

25       3.    The hearing on Plaintiff Preston Jones' Motion for Attorneys' Fees and

26   Costs shall remain July 13, 2017 at 2:00 p.m.

27       **IT IS SO STIPULATED.**

28       [COUNSEL SIGNATURES ON FOLLOWING PAGE]

1

2    Dated: June 1, 2017                    CALL & JENSEN

3                                           A Professional Corporation
                                            Matthew R. Orr
                                            William P. Cole

4
                                            By:*/s/ William P. Cole*[1]
5                                           William P. Cole

6                                           Appearance *Pro Hac Vice:*

7                                           AMIN TALATI UPADHYE, LLP
                                            Rakesh M. Amin
8                                           Ryan M. Kaiser
                                            Sanjay S. Karnik

9

10                                          Attorneys for Defendant Nutiva, Inc.

11

12   Dated: June 1, 2017                    LAW OFFICES OF JACK FITZGERALD, P.C.
                                            Jack Fitzgerald
13                                          Trevor M. Flynn
                                            Melanie Persinger

14
                                            By:*/s/ Jack Fitzgerald*
15                                          Jack Fitzgerald

16                                          THE LAW OFFICE OF PAUL K. JOSEPH, PC
17                                          Paul K. Joseph

18                                          Counsel for Plaintiffs and the Proposed Class

19

20

21

22

23

24

25

26

27   [1]   I, William P. Cole, hereby attest, pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), that the
     concurrence to the filing of this document has been obtained from each signatory
28   hereto.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2017, I electronically filed the foregoing document described as STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON PLAINTIFF PRESTON JONES' MOTION FOR ATTORNEYS' FEES AND COST with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to all counsel of record.

*/s/ William P. Cole*
William P. Cole