# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON JONES and SHIRIN DELALAT, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>NUTIVA, INC.,<br><br>Defendant. | Case No. 4:16-cv-00711 HSG<br><br>**ORDER MODIFYING BRIEFING SCHEDULE RELATING TO PLAINTIFF PRESTON JONES' MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to the parties' stipulation, and for good cause shown, the Court modifies the briefing schedule relating to Plaintiff Preston Jones' Motion for Attorneys' Fees and Costs (Dkt. No. 86) as follows:

1. Nutiva, Inc.'s opposition to Plaintiff Preston Jones' Motion for Attorneys' Fees and Costs shall be due on or before June 12, 2017;

2. Plaintiff Preston Jones' reply in support of his Motion for Attorneys' Fees and Costs shall be due on or before June 19, 2017; and

3. The hearing on Plaintiff Preston Jones' Motion for Attorneys' Fees and Costs shall remain July 13, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: June 2, 2017

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge