# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON JONES and SHIRIN DELALAT, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>NUTIVA, INC.,<br><br>Defendant. | Case No.   4:16-cv-00711 HSG<br><br>**ORDER MODIFYING SCHEDULING ORDER (DKT. NO. 65) RELATING TO THE REMAINING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:   January 8, 2016<br>Trial Date:            None Set |

Pursuant to the parties' stipulation, and for good cause shown, the Court orders as follows:

1. Defendant shall file its opposition to Plaintiffs' Motion for Class Certification (Dkt. 102) no later than October 13, 2017; and

2. Plaintiffs shall file any reply in support of the Motion for Class Certification no later than November 17, 2017; and

3. The hearing on the class certification motion shall take place on or about December 7, 2017, or any other agreeable date that is convenient for this Court.

**IT IS SO ORDERED.**

Dated: September 6, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE