UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST AMERICAN INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NUTIVA, INC., <br><br> Defendant. | Case No. 17-cv-03374-JD <br><br> **SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

In accordance with Civil Local Rule 3-12(c), the Court refers this case to the Honorable Haywood S. Gilliam, Jr. to determine whether it is related to *Jones v. Nutiva, Inc.*, Case No. 16-cv-00711-HSG.

**IT IS SO ORDERED.**

Dated: September 14, 2017

JAMES DONATO
United States District Judge