# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON JONES and SHIRIN DELALAT, on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>NUTIVA, INC.,<br>　　　　　　Defendant. | Case No: 4:16-cv-00711-HSG<br><br>**ORDER GRANTING STIPULATION TO PLAINTIFFS FILING THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | Pursuant to the parties' September 26, 2017 stipulation and for good cause shown, |
| 2 | the Court orders that: |
| 3 |     (a) Plaintiffs may file a Third Amended Complaint in the form attached to the parties' |
| 4 |         stipulation as <u>Exhibit 1</u>; and |
| 5 |     (b) Nutiva will be permitted five days to respond from the date of the Court's |
| 6 |         approval. |

Dated: September 27, 2017

/s/ Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
United States District Judge