# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON JONES and SHIRIN DELALAT, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>NUTIVA, INC.,<br><br>Defendant. | Case No. 4:16-cv-00711 HSG<br><br>**ORDER MODIFYING SCHEDULING ORDER (DKT. NO. 65) RELATING TO THE REMAINING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: January 8, 2016<br>Trial Date: None Set |

NUT04-02: Order Modifying Scheduling Order on Class Cert Motion.pdf:10-4-17 - 1 -

ORDER MODIFYING SCHEDULING ORDER (DKT. NO. 65) RELATING TO THE REMAINING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to the parties' stipulation, and for good cause shown, the Court orders as follows:

1. Plaintiff Preston Jones's deposition shall be completed no later than November 10, 2017, in accordance with Magistrate Judge Westmore's discovery Order (Dkt. 101);

2. Defendant shall file its opposition to Plaintiffs' Motion for Class Certification (Dkt. 102) no later than December 1, 2017; and

3. Plaintiffs shall file any reply in support of their Motion for Class Certification no later than January 12, 2018; and

4. The hearing on the Motion for Class Certification shall take place on or about February 1, 2018, or any other agreeable date that is convenient for this Court.

**IT IS SO ORDERED.**

Dated: October 4, 2017

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE