# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON JONES and SHIRIN DELALAT, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>NUTIVA, INC.,<br><br>Defendant. | Case No.   4:16-cv-00711 HSG<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) AS TO PRESTON JONES'S INDIVIDUAL CLAIMS ONLY**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed:   January 8, 2016<br>Trial Date:          None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(ii) and good cause appearing therefor, IT IS HEREBY ORDERED THAT Plaintiff Preston Jones's individual claims and causes of action are DISMISSED without prejudice..

**IT IS SO ORDERED.**

Dated: November 16, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE