1   Matthew R. Orr, Bar No. 211097
      morr@calljensen.com
2   William P. Cole, Bar No. 186772
      wcole@calljensen.com
3   CALL & JENSEN
    A Professional Corporation
4   610 Newport Center Drive, Suite 700
    Newport Beach, CA  92660
5   Tel:   (949) 717-3000
    Fax:   (949) 717-3100
6
    Appearance *Pro Hac Vice:*
7   Rakesh M. Amin, Illinois Bar No. 6228751
      rakesh@amintalati.com
8   Ryan M. Kaiser, Illinois Bar No. 6269873
      ryan@amintalati.com
9   Sanjay S. Karnik, Illinois Bar No. 6300156
      sanjay@amintalati.com
10  AMIN TALATI & UPADHYE, LLC
    100 S. Wacker Drive, Suite 2000
11  Chicago, IL 60606
    Tel:   (312) 327-3382
12  Fax:   (312) 884-7352

13  Attorneys for Defendant Nutiva, Inc.

14

15                 **UNITED STATES DISTRICT COURT**

16                **NORTHERN DISTRICT OF CALIFORNIA**

17  SHIRIN DELALAT, on behalf of herself,       Case No.  4:16-cv-00711 HSG-KAW
18  all others similarly situated, and the general
    public,                                     Hon. Haywood S. Gilliam, Jr.
19              Plaintiff,
20              vs.                              **DECLARATION OF WILLIAM P.
                                                COLE IN SUPPORT OF
21                                              DEFENDANT'S OPPOSITION TO
                                                PLAINTIFF'S MOTION FOR CLASS
22  NUTIVA, INC.,                               CERTIFICATION**
23
24              Defendant.                      Date:      February 8, 2018
                                                Time:      2:00 p.m.
25                                              Place:     Courtroom 2, 4th Floor
26

27

28

I, William P. Cole, declare as follows:

1.      I am an attorney with Call & Jensen, APC, counsel for Defendant Nutiva, Inc. in this action. I make this Declaration based on my own personal knowledge and could competently testify to the facts stated herein if called to do so.

2.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Deposition of Plaintiff Shirin Delalat, taken in this action on October 2, 2017.

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Deposition of J. Michael Dennis, taken in this action on August 29, 2017.

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Deposition of Colin Weir, taken in this action on August 23, 2017.

5.      Attached hereto as Exhibit 4 is a true and correct copy of an Expert Report of Dr. Kent D. Van Liere, dated July 7, 2017. [will be filing redacted and unredacted versions; co-counsel providing the redacted version]

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Rebuttal Declaration of Dr. Denise N. Martin, dated July 7, 2017. [will be filing redacted and unredacted versions; co-counsel providing the redacted version]

7.      Attached hereto as Exhibit 6 is a true and correct copy of the Expert Report of Hal Poret in this matter, excepting Appendix D.

8.      Attached hereto as Exhibit 7 is a copy of "Declaration of Jack Fitzgerald in Support of *EX PARTE* Application for Preliminary Approval of Class Action Settlement" (excluding exhibits thereto), *Christine Cumming, on behalf of herself, all others, et al v. BetterBody Foods & Nutrition, LLC*, Case No. 37-2016-00019510-CU-BT-CTL in the Superior Court of the County of San Diego.

9.      Attached hereto as Exhibit 8 is a true and correct copy of N. Bhavsar, et al., *The diverse nature of saturated fats and the case of medium-chain triglycerides: how one recommendation may not fit all*, Curr Opin Clin Nutr Metab Care 2016, 19:81-87, as produced by Plaintiff Shirin Delalat to Nutiva in discovery in this action.

DECLARATION OF WILLIAM P. COLE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

10.     Attached hereto as Exhibit 9 is a true and correct copy of D. Cardoso, et al., *A coconut extra virgin oil-rich diet increases HDL cholesterol and decreases waist circumference and body mass in coronary artery disease patients*, Nutr. Hosp. 2015; 32(5):2144-2152, as produced by Plaintiff Shirin Delalat to Nutiva in discovery in this action.

11.     Attached hereto as Exhibit 10 is a true and correct copy of C. Cox, et al., *Effects of dietary coconut oil, butter and safflower oil on plasma lipids, lipoproteins and lathosterol levels*, European Journal of Clinical Nutrition (1998) 52, 650-654, as produced by Plaintiff Shirin Delalat to Nutiva in discovery in this action.

12.     Attached hereto as Exhibit 11 is a true and correct copy of *Harvard Health Letter*, October 2012, as produced by Plaintiff Shirin Delalat to Nutiva in discovery in this action.

13.     Attached hereto as Exhibit 12 is a true and correct copy of C. Dayrit, *Coconut Oil: Atherogenic or Not? (What therefore causes Atherosclerosis?)*, Philippine Journal of Cardiology, July-September 2003, Volume 31 Number 3:97-104, as produced by Delalat to Nutiva in discovery in this action.

14.     Attached hereto as Exhibit 13 is a true and correct copy of *ESC: Huge Diet Study Shows Carbs, Not Fats are the Problem* (www.medpagetoday.com/meetingcoverage/esc/67566).

15.     Attached hereto as Exhibit 14 is a true and correct copy of M. Dehghan, et al., *Associations of fats and carbohydrate intake with cardiovascular disease and mortality in 18 countries from five continents (PURE): a prospective cohort study*, Lancet 2017, Vol. 390:2050-2062.

16.     Attached hereto as Exhibit 15 is a true and correct copy of "Declaration of Shirin Delalat in Support of Motion for Substitution as Plaintiff Pursuant to Fed. R. Civ. P. 25(a)(1)", in *Khosrow Delalat v. Fountain Valley Regional Hospital and Medical Center, et al.*, Case No. 10-CV-1273-CAB (NLS) in the United States District Court for the Southern District of California.

17.     Attached hereto as Exhibit 16 is a copy of a document titled Statement of Decision, bearing a file-stamp date of September 23, 2013, captioned *In re TOBACCO CASES II*, JCCP 4042.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed this 1st day of December, 2017, in Newport Beach, California.

By: /s/ *William P. Cole*
         William P. Cole

DECLARATION OF WILLIAM P. COLE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2017, I electronically filed the foregoing document described as **DECLARATION OF WILLIAM P. COLE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to all counsel of record.

By: /s/ *William P. Cole*
　　　William P. Cole

DECLARATION OF WILLIAM P. COLE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION