Matthew R. Orr, Bar No. 211097
  morr@calljensen.com
William P. Cole, Bar No. 186772
  wcole@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:    (949) 717-3000
Fax:    (949) 717-3100

Appearance *Pro Hac Vice:*
Rakesh M. Amin, Illinois Bar No. 6228751
  rakesh@amintalati.com
Ryan M. Kaiser, Illinois Bar No. 6269873
  ryan@amintalati.com
Sanjay S. Karnik, Illinois Bar No. 6300156
  sanjay@amintalati.com
AMIN TALATI & UPADHYE, LLC
100 S. Wacker Drive, Suite 2000
Chicago, IL 60606
Tel:    (312) 327-3382
Fax:    (312) 884-7352

Attorneys for Defendant Nutiva, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRIN DELALAT, on behalf of herself, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>NUTIVA, INC.,<br><br>Defendant. | Case No.   4:16-cv-00711 HSG<br><br>**DECLARATION OF L. LISA SANDOVAL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:    February 8, 2018<br>Time:    2:00 p.m.<br>Place:   Courtroom 2, 4th Floor<br><br>Complaint Filed:   January 8, 2016<br>Trial Date:        None Set |

I, L. Lisa Sandoval, declare as follows:

1. I am an attorney with Call & Jensen, APC. I make this Declaration based on my own personal knowledge and work on this matter. If called as a witness, I could competently testify to the facts stated herein.

2. I researched variations in the laws of the 50 states and the District of Columbia regarding consumer protection, implied warranty of merchantability, and express warranty causes of action—the three causes of action on which Plaintiff seeks class certification.

3. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the chart summarizing variations among the jurisdictions for consumer protection statutes.

4. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the chart summarizing variations among the jurisdictions for implied warranty of merchantability claims.

5. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the chart summarizing variations among the jurisdictions for an express warranty claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on December 1, 2017, at Newport Beach, California.

*/s/ L. Lisa Sandoval*
L. Lisa Sandoval

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I electronically filed the foregoing document described as **DECLARATION OF L. LISA SANDOVAL IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to all counsel of record.

*/s/ William P. Cole*
William P. Cole