1  Matthew R. Orr, Bar No. 211097
     morr@calljensen.com
2  William P. Cole, Bar No. 186772
     wcole@calljensen.com
3  CALL & JENSEN
   A Professional Corporation
4  610 Newport Center Drive, Suite 700
   Newport Beach, CA  92660
5  Tel:    (949) 717-3000
   Fax:    (949) 717-3100
6
   Appearance *Pro Hac Vice:*
7  Rakesh M. Amin, Illinois Bar No. 6228751
     rakesh@amintalati.com
8  Ryan M. Kaiser, Illinois Bar No. 6269873
     ryan@amintalati.com
9  Sanjay S. Karnik, Illinois Bar No. 6300156
     sanjay@amintalati.com
10 AMIN TALATI & UPADHYE, LLC
   100 S. Wacker Drive, Suite 2000
11 Chicago, IL 60606
   Tel:    (312) 327-3382
12 Fax:    (312) 884-7352

13 Attorneys for Defendant Nutiva, Inc.

14              **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16

17 | SHIRIN DELALAT, on behalf of herself, all others similarly situated, and the general public, | Case No.    4:16-cv-00711 HSG |
|---|---|
| Plaintiff, | **DECLARATION OF L. LISA SANDOVAL IN SUPPORT OF MOTION TO STRIKE DECLARATIONS OF J. MICHAEL DENNIS (DKT 102-02, Ex. 2) AND COLIN B. WEIR (DKT. 102-02, Ex. 3)** |
| vs. | |
| NUTIVA, INC., | |
| Defendant. | Date:    February 22, 2018<br>Time:    2:00 p.m.<br>Place:   Courtroom 2, 4th Floor |
|  | Complaint Filed:  January 8, 2016<br>Trial Date:       None Set |

NUT04-02:2075776_1:12-1-17                                       - 1 -                                    Case No. 4:16-cv-00711 HSG
DECLARATION OF L. LISA SANDOVAL IN SUPPORT OF MOTION TO STRIKE DECLARATIONS OF J.
MICHAEL DENNIS (DKT 102-02, Ex. 2) AND COLIN B. WEIR (DKT. 102-02, Ex. 3)

I, L. Lisa Sandoval, declare as follows:

1. I am an attorney with Call & Jensen, APC. I make this Declaration based on my own personal knowledge and could competently testify to the facts stated herein if called to do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the Deposition of Colin Weir, taken in this action on August 23, 2017.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of the Deposition of J. Michael Dennis, taken in this action on August 29, 2017.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the Deposition of Plaintiff Shirin Delalat, taken in this action on October 2, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed on December 1, 2017, at Newport Beach, California.

*/s/ L. Lisa Sandoval*
L. Lisa Sandoval

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I electronically filed the foregoing document described as **DECLARATION OF WILLIAM P. COLE IN SUPPORT OF DEFENDANT NUTIVA, INC.'S MOTION TO STRIKE DECLARATIONS OF J. MICHAEL DENNIS (DKT 102-02, Ex. 2) AND COLIN B. WEIR (DKT. 102-02, Ex. 3)** with the Clerk of the Court using the CM/ECF System which will send notification of such filing via electronic mail to all counsel of record.

*/s/ William P. Cole*
William P. Cole