# EXHIBIT 2

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                          -oOo-

 4

 5   PRESTON JONES and SHIRIN        )
     DELALAT, on behalf of          )
 6   themselves, all others         )
     similarly situated, and the    )
 7   general public,                )
                    Plaintiffs,     )
 8      vs.                         )   Case No: 3-16-CV-00711-HSG
     NUTIVA, Inc.                   )
 9                  Defendants.     )
     _____)

10

11

12

13

14

15            VIDEO-DEPOSITION OF J. MICHAEL DENNIS

16                  Redwood City, California

17                  Tuesday, August 29, 2017

18

19

20

21

22

23   Reported by:
     LISA R. TOW
24   CSR No. 6629
     Job No. 2684048

25

     PAGES 1 - 245
```

| | | |
|---|---|---|
| 1 | And are you referring -- when you use the term | 09:26:42AM |
| 2 | "price premium" are you using the same definition | 09:26:45AM |
| 3 | as Mr. Weir?  Which is consumers would receive the | 09:26:47AM |
| 4 | value of the price premium they paid solely as a | 09:26:50AM |
| 5 | result of defendant's conduct of labeling their | 09:26:53AM |
| 6 | products with the claims? | 09:26:56AM |
| 7 | A.   Yes, I do. | 09:26:58AM |
| 8 | Q.   And so when we use the term "price | 09:26:58AM |
| 9 | premium," are we talking about the delta between | 09:27:07AM |
| 10 | what the consumer paid and what the product was | 09:27:11AM |
| 11 | actually worth at the time of the purchase? | 09:27:14AM |
| 12 | A.   Well, it's the difference between what | 09:27:17AM |
| 13 | they paid versus how much value that the consumers | 09:27:21AM |
| 14 | placed on that product, having the challenged label | 09:27:25AM |
| 15 | or labels. | 09:27:28AM |
| 16 | Q.   So, we have the amount the consumer | 09:27:29AM |
| 17 | paid, which is just a historical figure; correct? | 09:27:36AM |
| 18 | A.   That's correct. | 09:27:40AM |
| 19 | Q.   And then to find a premium, the premium | 09:27:40AM |
| 20 | is going to be the difference between the amount | 09:27:44AM |
| 21 | the consumer paid and what?  What's the other part | 09:27:46AM |
| 22 | of that equation besides the amount that was paid? | 09:27:52AM |
| 23 | A.   The value that the consumers placed on | 09:27:55AM |
| 24 | the product without the challenged label or labels. | 09:27:58AM |
| 25 | Q.   And so your conjoint -- actually, let me | 09:28:01AM |

Page 27

| 1 | saying that this is the value.  That the consumer's | 09:49:56AM |
| 2 | place and hold for that product without the | 09:50:00AM |
| 3 | challenge claim. | 09:50:02AM |
| 4 | Q.   Okay.  So, if, going back to just we'll | 09:50:04AM |
| 5 | say 2015, a 15 ounce jar of Nutiva Coconut Oil. | 09:50:10AM |
| 6 | Let's assume that the consumer actually paid $15 | 09:50:15AM |
| 7 | for it.  That was the price $15. | 09:50:19AM |
| 8 | And let's assume that you determined that for | 09:50:22AM |
| 9 | a particular challenge claim, there was a 10 | 09:50:25AM |
| 10 | percent premium.  Then is the actual value of what | 09:50:28AM |
| 11 | the consumer received at the time of that | 09:50:31AM |
| 12 | transaction, since there was a challenge claim 10 | 09:50:34AM |
| 13 | percent premium, is it your testimony, the actual | 09:50:37AM |
| 14 | value of the product the consumer received was 10 | 09:50:40AM |
| 15 | percent less than $15? | 09:50:42AM |
| 16 | A.   We might be saying the same thing.  My | 09:50:47AM |
| 17 | survey is measuring the value that consumers place | 09:50:49AM |
| 18 | on this product without the challenged claim.  So | 09:50:53AM |
| 19 | to use the year 2015, this is exactly what my | 09:50:56AM |
| 20 | survey is saying, that my price premium statistics | 09:51:00AM |
| 21 | indicate that, if you can look the my table there | 09:51:05AM |
| 22 | is a percentage reduction in value that occurs as a | 09:51:09AM |
| 23 | result of consumers putting value on these claims. | 09:51:12AM |
| 24 | Q.   And you're only measuring, we discussed | 09:51:18AM |
| 25 | earlier, that the survey is only measuring consumer | 09:51:23AM |

Page 45

| | | |
|---|---|---|
| 1 | preferences; right? | 09:51:27AM |
| 2 | A.   It takes into account a lot of factors | 09:51:28AM |
| 3 | beyond consumer preferences.   But, the study, | 09:51:31AM |
| 4 | itself, is measuring the consumer preferences and | 09:51:33AM |
| 5 | how that translates into the value they place on | 09:51:37AM |
| 6 | these claims. | 09:51:40AM |
| 7 | Q.   Right.   Translates into the value the | 09:51:41AM |
| 8 | consumer preference of claims; right? | 09:51:44AM |
| 9 | A.   It's a consumer survey, so all my | 09:51:45AM |
| 10 | respondents are consumers. | 09:51:48AM |
| 11 | Q.   You didn't survey the suppliers, for | 09:51:48AM |
| 12 | example? | 09:51:50AM |
| 13 | A.   I have not been asked to do an | 09:51:51AM |
| 14 | establishment survey of that type, so... | 09:51:53AM |
| 15 | Q.   And would you agree that the price of a | 09:51:55AM |
| 16 | good -- the actual market price of a good, is | 09:51:59AM |
| 17 | established by there being a willing seller and | 09:52:03AM |
| 18 | willing buyer at that particular price? | 09:52:06AM |
| 19 | A.   Well, that is how market transactions | 09:52:08AM |
| 20 | work.   There is a buyer and there is a seller. | 09:52:11AM |
| 21 | Q.   And so a consumer's evaluation is | 09:52:13AM |
| 22 | one-half of the equation or I won't put a figure on | 09:52:16AM |
| 23 | it. | 09:52:19AM |
| 24 | A consumer's evaluation is part of the | 09:52:20AM |
| 25 | equation for what establishes a market price; | 09:52:23AM |

CONFIDENTIAL

| | | |
|---|---|---|
| 1 | correct? | 09:52:26AM |
| 2 | A. It's an intricate part, of course, about | 09:52:26AM |
| 3 | consumers willing to spend. That's why the | 09:52:30AM |
| 4 | government, for example, looks at consumer | 09:52:33AM |
| 5 | confidence and uses that as a very important | 09:52:36AM |
| 6 | variable in economic forecasts in our country. | 09:52:38AM |
| 7 | Q. Recognizing its important variable, is | 09:52:41AM |
| 8 | the seller also an important variable in setting a | 09:52:45AM |
| 9 | market price? | 09:52:48AM |
| 10 | A. It is. | 09:52:49AM |
| 11 | Q. And your survey does not measure | 09:52:49AM |
| 12 | anything to do with the seller variable with Nutiva | 09:52:52AM |
| 13 | Coconut Oil; does it? | 09:52:57AM |
| 14 | A. It incorporates seller considerations. | 09:52:57AM |
| 15 | And I think by proxy, the transaction data that I | 09:52:59AM |
| 16 | use as the basis for my design of the conjoint | 09:53:03AM |
| 17 | survey and the analysis. | 09:53:07AM |
| 18 | I think through that mechanism I'm taking | 09:53:08AM |
| 19 | into account what the seller is willing to actually | 09:53:12AM |
| 20 | sell this product for. | 09:53:16AM |
| 21 | Q. Are you talking about the price | 09:53:17AM |
| 22 | attribute used in the survey? | 09:53:21AM |
| 23 | A. I'm talking about two things really. | 09:53:22AM |
| 24 | The price attribute and also the price points I | 09:53:25AM |
| 25 | used in my analysis. | 09:53:27AM |

Page 47

| | | |
|---|---|---|
| 1 | what the sellers might or might not do with their | 10:07:13AM |
| 2 | pricing. | 10:07:16AM |
| 3 | I actually base it on what they did. | 10:07:16AM |
| 4 | Q.   Right.  But, what the sellers might or | 10:07:19AM |
| 5 | might not have done could have affected the market | 10:07:22AM |
| 6 | price; correct?  In the real world? | 10:07:26AM |
| 7 | A.   My survey is about the real world.  It's | 10:07:28AM |
| 8 | impossible for -- and it's actually besides the | 10:07:32AM |
| 9 | point. | 10:07:35AM |
| 10 | You know, my assignment is to measure these | 10:07:35AM |
| 11 | valuations that consumers place on the claims.  Not | 10:07:39AM |
| 12 | to try to figure out all the possible scenarios | 10:07:42AM |
| 13 | about how businesses might react to the challenge | 10:07:46AM |
| 14 | if not being able to use these labels anymore. | 10:07:49AM |
| 15 | Q.   The reason I'm asking the question, sir, | 10:07:52AM |
| 16 | is because your assignment was to measure the | 10:07:54AM |
| 17 | valuations the consumer placed on claims.  And I'm | 10:07:55AM |
| 18 | trying to figure out how that valuation turns into | 10:07:58AM |
| 19 | actual differences in market value of a product. | 10:08:01AM |
| 20 | Okay? | 10:08:05AM |
| 21 | And I am trying to figure out if you believe | 10:08:05AM |
| 22 | -- let me ask you this way. | 10:08:07AM |
| 23 | Do you believe that the only thing that | 10:08:08AM |
| 24 | determines the value of a product in a marketplace | 10:08:10AM |
| 25 | is the value the consumer puts on it? | 10:08:14AM |

CONFIDENTIAL

J. Michael Dennis - August 29, 2017

| | | |
|---|---|---|
| 1 | A.   Could you repeat the question or ask the | 10:08:17AM |
| 2 | court reporter to play it back. | 10:08:22AM |
| 3 | Q.   I can try to repeat it. | 10:08:23AM |
| 4 | Do you believe that the only thing that | 10:08:25AM |
| 5 | determines the market value of the property is the | 10:08:27AM |
| 6 | value that a consumer places upon it? | 10:08:30AM |
| 7 | A.   No.  I think -- my opinion would be that | 10:08:33AM |
| 8 | supply side consideration, seller considerations, | 10:08:38AM |
| 9 | take gold.  Take lead, any kind of mineral.  The | 10:08:43AM |
| 10 | availability of titanium to make things.  There are | 10:08:47AM |
| 11 | any number of factors besides what consumers are | 10:08:51AM |
| 12 | willing to spend money on that determines the | 10:08:54AM |
| 13 | price. | 10:08:56AM |
| 14 | Consumers, as we've established, is an | 10:08:59AM |
| 15 | important part of that puzzle. | 10:09:02AM |
| 16 | Q.   And understanding that this was not part | 10:09:03AM |
| 17 | of your assignment, I just want to clarify whether | 10:09:06AM |
| 18 | you did it?  Whether it was part of your assignment | 10:09:08AM |
| 19 | or not? | 10:09:11AM |
| 20 | A.   I did. | 10:09:13AM |
| 21 | Q.   You did not attempt to determine how | 10:09:15AM |
| 22 | much a seller would have valued the product or the | 10:09:19AM |
| 23 | price that the seller would have put on the | 10:09:22AM |
| 24 | product, if it sold the same product within the | 10:09:25AM |
| 25 | class period without the challenge claims; correct? | 10:09:29AM |

Page 60

| | | |
|---|---|---|
| 1 | challenge claims renders your conjoint survey | 10:13:08AM |
| 2 | unreliable? | 10:13:11AM |
| 3 | MR. FITZGERALD:  Objection.  Incomplete | 10:13:12AM |
| 4 | hypothetical.  Asked and answered. | 10:13:14AM |
| 5 | THE WITNESS:  No, I would not agree with | 10:13:17AM |
| 6 | that. | 10:13:18AM |
| 7 | MR. COLE: | 10:13:19AM |
| 8 | Q.   In your opinion -- what would the Court | 10:13:19AM |
| 9 | in your view -- or what should the Court consider | 10:13:22AM |
| 10 | more reliable?  Actual transactions where consumers | 10:13:26AM |
| 11 | are buying the coconut oil without the challenge | 10:13:30AM |
| 12 | claims and the prices they're actually paying or | 10:13:31AM |
| 13 | the price premiums established by your report? | 10:13:34AM |
| 14 | A.   I stand by my report.  It measured at | 10:13:36AM |
| 15 | that point in time.  And projecting back to the | 10:13:39AM |
| 16 | class period, how much value the consumers placed | 10:13:43AM |
| 17 | on these results. | 10:13:47AM |
| 18 | Q.   Did you testify earlier to the effect | 10:13:48AM |
| 19 | that in looking forward to what consumers are | 10:13:51AM |
| 20 | paying now, for example, for coconut oil, assume | 10:13:54AM |
| 21 | for the product without the challenge claims, that | 10:13:58AM |
| 22 | you testified that you would want to know how the | 10:14:00AM |
| 23 | seller adapted to that new environment in the way | 10:14:04AM |
| 24 | they labeled the product or marketed the product. | 10:14:09AM |
| 25 | That was your testimony? | 10:14:13AM |

Hahn & Bowersock, A Veritext Company
800.660.3187

CONFIDENTIAL
J. Michael Dennis - August 29, 2017

| | | |
|---|---|---|
| 1 | motion for class certification. | 11:11:15AM |
| 2 | ( Exhibit Number 515 was marked for | 11:11:15AM |
| 3 | identification.) | 11:11:15AM |
| 4 | MR. COLE: | 11:11:15AM |
| 5 | Q.   And what I want to ask you, Dr. Dennis, | 11:11:17AM |
| 6 | is in the conjoint survey, were the survey-takers | 11:11:22AM |
| 7 | ever allowed to see the Nutiva coconut label in its | 11:11:27AM |
| 8 | entirety? | 11:11:32AM |
| 9 | A.   No.  My survey speaks for itself.  I did | 11:11:33AM |
| 10 | not show the entire label.  I didn't feel it was | 11:11:37AM |
| 11 | necessary to show the entire label. | 11:11:39AM |
| 12 | Q.   And so while this is just one particular | 11:11:39AM |
| 13 | label from a certain period of time.  Rather than | 11:11:41AM |
| 14 | going through all the labels over time, maybe we | 11:11:43AM |
| 15 | can shortcut it. | 11:11:45AM |
| 16 | You didn't show in the survey, you didn't | 11:11:46AM |
| 17 | show the survey-takers any Nutiva labels in their | 11:11:49AM |
| 18 | entirety; correct? | 11:11:53AM |
| 19 | A.   No, I did not do that and did not see a | 11:11:54AM |
| 20 | need to do that. | 11:11:58AM |
| 21 | Q.   And let's talk about the -- let's start | 11:11:59AM |
| 22 | talking about some of the challenged claims. | 11:12:05AM |
| 23 | Let's talk about 0 trans fats and we can use | 11:12:07AM |
| 24 | this exhibit in front of you, 515 to work on that. | 11:12:10AM |
| 25 | If we look at 515 on the first page of 515, | 11:12:17AM |

Page 95

CONFIDENTIAL
J. Michael Dennis - August 29, 2017

| 1 | Q.   So, I'm translating now over to zero | 11:27:25AM |
| 2 | trans fats, spelled out, and in that case there was | 11:27:28AM |
| 3 | no attribute level that allowed them to see zero | 11:27:31AM |
| 4 | trans fat, spelled out, plus the disclosure | 11:27:35AM |
| 5 | statement, for example? | 11:27:38AM |
| 6 | A.   That's true.  However, I think it should | 11:27:40AM |
| 7 | be pointed out that in the information provision | 11:27:42AM |
| 8 | screens, there is the list of all the claims | 11:27:46AM |
| 9 | presented to the respondents and in that case zero | 11:27:48AM |
| 10 | trans fat, with zero spelled out, on that screen, | 11:27:52AM |
| 11 | respondents did have the option to hover over the | 11:27:55AM |
| 12 | what you call the "disclosure statement" and | 11:27:58AM |
| 13 | thereby be able to view the nutrition facts. | 11:28:01AM |
| 14 | So that was a capability for all of the | 11:28:06AM |
| 15 | respondents in the survey prior to their actually | 11:28:11AM |
| 16 | getting to the choice questions. | 11:28:15AM |
| 17 | Q.   But they couldn't do that when they were | 11:28:17AM |
| 18 | actually answering the choice questions; correct? | 11:28:19AM |
| 19 | A.   In the context, once they got to the | 11:28:22AM |
| 20 | choice questions, then the disclosure statement | 11:28:25AM |
| 21 | appeared only when the 0 g, with a numeric zero, | 11:28:28AM |
| 22 | trans fat being presented as a level. | 11:28:33AM |
| 23 | Q.   And since conjoint analysis relies on | 11:28:35AM |
| 24 | consumers being able to choose between a product | 11:28:39AM |
| 25 | with the attribute and a product without the | 11:28:42AM |

Page 109

Hahn & Bowersock, A Veritext Company
800.660.3187

CONFIDENTIAL
J. Michael Dennis - August 29, 2017

| | | |
|---|---|---|
| 1 | attribute, there was not the choice in this survey | 11:28:46AM |
| 2 | for a consumer to see zero trans fat, spelled out, | 11:28:49AM |
| 3 | with it, the ability to see the nutrition facts at | 11:28:54AM |
| 4 | the time the consumer was making the choices; | 11:28:58AM |
| 5 | correct? | 11:29:01AM |
| 6 | A.   I believe we're on the same page.  When | 11:29:03AM |
| 7 | zero trans fat, spelled out with alpha characters, | 11:29:06AM |
| 8 | and that's in the choice questions, then the | 11:29:09AM |
| 9 | respondents did not have the ability to see the | 11:29:11AM |
| 10 | disclosure statement, which means of course they | 11:29:15AM |
| 11 | could not see the nutrition facts. | 11:29:18AM |
| 12 | Q.   And that means, doesn't it, that at | 11:29:20AM |
| 13 | least as currently designed, setting aside what may | 11:29:22AM |
| 14 | or may not be done in the future, but as currently | 11:29:26AM |
| 15 | designed, you cannot generate a price premium for | 11:29:28AM |
| 16 | somebody who is zero trans fat, spelled out, zero | 11:29:35AM |
| 17 | trans fats, spelled out, and nutrition facts box at | 11:29:40AM |
| 18 | the same time; correct? | 11:29:45AM |
| 19 | A.   Yeah, I did not test that scenario. | 11:29:45AM |
| 20 | Where the respondents had both those pieces.  So | 11:29:49AM |
| 21 | what I did measure was the consumers' value that | 11:29:52AM |
| 22 | they placed on the zero, of course all spelled out | 11:29:55AM |
| 23 | version of zero trans fat, in isolation.  So what | 11:29:59AM |
| 24 | was their reaction to that claim. | 11:30:02AM |
| 25 | Just like all the other claims with the | 11:30:04AM |

Page 110

| | | |
|---|---|---|
| 1 | exception of 0 g trans fat, where it's a numeric | 11:30:07AM |
| 2 | zero.  That's the only one where I provided the | 11:30:12AM |
| 3 | nutrition facts. | 11:30:16AM |
| 4 | Q.   And so -- okay, we'll get that -- short | 11:30:16AM |
| 5 | circuits a lot then, so I don't have to go through | 11:30:19AM |
| 6 | the same line of questioning for all the other | 11:30:20AM |
| 7 | challenged claims. | 11:30:22AM |
| 8 | We set aside 0 g trans fat, with zero as a | 11:30:23AM |
| 9 | numeral, setting that one aside, with all the other | 11:30:27AM |
| 10 | challenged claims, you did not show as a choice to | 11:30:28AM |
| 11 | consumers in the survey the challenged claim with | 11:30:32AM |
| 12 | the disclosure of the nutrition facts box; correct? | 11:30:37AM |
| 13 | A.   That's right.  I was measuring the value | 11:30:42AM |
| 14 | that the consumers placed on these other claims. | 11:30:45AM |
| 15 | Actually, all these claims in my conjoint, yeah. | 11:30:48AM |
| 16 | Q.   So you're measuring the value placed on | 11:30:51AM |
| 17 | the claim in isolation, not the claim with the | 11:30:54AM |
| 18 | nutrition facts box information; correct. | 11:31:00AM |
| 19 | A.   With the exception of the 0 g, written | 11:31:04AM |
| 20 | in numeric, that's where I do provide the nutrition | 11:31:05AM |
| 21 | facts. | 11:31:06AM |
| 22 | Q.   And you did not allow in your design the | 11:31:07AM |
| 23 | 0 g trans fat, where zero is a numeral, to show up | 11:31:17AM |
| 24 | in the same choice set as the zero where it's | 11:31:20AM |
| 25 | spelled out; correct? | 11:31:23AM |

Page 111

CONFIDENTIAL
J. Michael Dennis - August 29, 2017

| | | |
|---|---|---|
| 1 | those claims on the same option. | 11:32:41AM |
| 2 | Q.   Looking as Exhibit 515 on the label, | 11:32:45AM |
| 3 | understanding what you just said, looking at | 11:32:47AM |
| 4 | Exhibit 515 on the label, any consumer who | 11:32:50AM |
| 5 | purchased that product with that label, the | 11:32:53AM |
| 6 | 15 ounce product is the one on the first page on | 11:32:58AM |
| 7 | 515.  Assuming the consumer read the nutrition | 11:33:01AM |
| 8 | facts box, they would be look at a product with | 11:33:09AM |
| 9 | trans fat 0g and zero trans fats on the same level; | 11:33:11AM |
| 10 | correct? | 11:33:13AM |
| 11 | MR. FITZGERALD:  Objection.  The documents | 11:33:14AM |
| 12 | speaks for itself. | 11:33:15AM |
| 13 | THE WITNESS:  I mean they would see the trans | 11:33:17AM |
| 14 | fact 0 g within the nutrition facts. | 11:33:19AM |
| 15 | MR. COLE: | 11:33:22AM |
| 16 | Q.   And you would agree that it's possible | 11:33:22AM |
| 17 | that the value a consumer might assign to -- start | 11:33:24AM |
| 18 | over. | 11:33:30AM |
| 19 | You agree that the value consumers might | 11:33:30AM |
| 20 | assign to zero trans fact, spelled out, in the | 11:33:32AM |
| 21 | conjoint survey, could vary based on whether or not | 11:33:36AM |
| 22 | the consumer was also aware that the product had | 11:33:40AM |
| 23 | the attribute trans fat 0g? | 11:33:43AM |
| 24 | A.   In the nutrition facts part you're | 11:33:46AM |
| 25 | talking about? | 11:33:54AM |

Page 113

CONFIDENTIAL

J. Michael Dennis - August 29, 2017

| | | |
|---|---|---|
| 1 | Q.   Yes. | 11:33:54AM |
| 2 | A.   It's possible.  It's possible.  That's a | 11:33:54AM |
| 3 | scenario that could be tested in a conjoint survey. | 11:33:56AM |
| 4 | Q.   Is conjoint analysis ever, in your | 11:34:00AM |
| 5 | experience, used by companies to determine the | 11:34:13AM |
| 6 | different value associated with a product attribute | 11:34:15AM |
| 7 | based on where on the label that attribute is | 11:34:19AM |
| 8 | advertised? | 11:34:22AM |
| 9 | A.   Based on where it's actually placed on | 11:34:23AM |
| 10 | the label? | 11:34:27AM |
| 11 | Q.   Yes. | 11:34:29AM |
| 12 | A.   I mean conjoint is a big field.  Would | 11:34:30AM |
| 13 | not surprise me if some companies do that. | 11:34:32AM |
| 14 | Q.   And in your experience can the way in | 11:34:35AM |
| 15 | which a claim is advertised effect the impression | 11:34:37AM |
| 16 | it has on consumers? | 11:34:40AM |
| 17 | A.   I think that it's a common sense | 11:34:42AM |
| 18 | statement that product placement could have an | 11:34:45AM |
| 19 | impact. | 11:34:48AM |
| 20 | Q.   And so I am not asking you to opine on | 11:34:48AM |
| 21 | any particular challenge claim in this case, but, | 11:34:54AM |
| 22 | in general, the location of a claim on a label, | 11:34:57AM |
| 23 | whether it's on the front prominently or buried in | 11:35:00AM |
| 24 | the back, for example, could impact the value that | 11:35:03AM |
| 25 | a consumer places on that? | 11:35:07AM |

Page 114

CONFIDENTIAL
J. Michael Dennis - August 29, 2017

```
 1      A.    Or not.  My assignment was to measure       11:35:09AM

 2   these particular claims and what value the           11:35:15AM

 3   consumers placed on them.  Irrespective of whether   11:35:17AM

 4   they're in big font, small font or fine print.       11:35:21AM

 5      The fact is Nutiva put these claims on their       11:35:25AM

 6   products.  So, I worked from the assumptions that a  11:35:28AM

 7   reasonable consumer would have, potentially, read    11:35:32AM

 8   these claims, whether it's small font, you know      11:35:37AM

 9   right by the Nutiva logo or in nutrition facts.      11:35:40AM

10      Q.    And so working on that assumption that a    11:35:44AM

11   reasonable consumer would have potentially read the  11:35:48AM

12   claims, is the assumption that the consumer would    11:35:50AM

13   have read the other parts of the label as well or    11:35:53AM

14   just the claims?                                     11:35:55AM

15      A.    Well, my survey is my survey.  I'm only     11:35:56AM

16   measuring what I'm showing the respondents, plus     11:36:02AM

17   the assumptions that I have asked the respondents    11:36:04AM

18   to make, I'm sure we'll talk about today.            11:36:07AM

19      So my survey is measuring the valuations          11:36:10AM

20   based on the stimuli I presented to the respondent.  11:36:13AM

21   I am not making any assumptions about their having   11:36:17AM

22   read and memorized these labels before.              11:36:21AM

23      I will say that my survey was conducted with      11:36:23AM

24   people actually purchased these various products.    11:36:28AM

25   So they did have prior experience and actually       11:36:30AM
```

Hahn & Bowersock, A Veritext Company
800.660.3187

CONFIDENTIAL
J. Michael Dennis - August 29, 2017

|    |                                                                        |             |
|----|------------------------------------------------------------------------|-------------|
| 1  | Q.   And so if a survey-taker was assigned                              | 11:44:51AM  |
| 2  | value to that statement, hypothetically, because                       | 11:44:55AM  |
| 3  | the survey-taker thought that coconut oil tastes                       | 11:44:58AM  |
| 4  | "better than butter on bread, vegetables or                            | 11:45:04AM  |
| 5  | popcorn," the value associated with taste would be                     | 11:45:08AM  |
| 6  | part of what's driving the value of the price                          | 11:45:11AM  |
| 7  | premium determined for that statement correct?                         | 11:45:15AM  |
| 8  | A.   Hypothetical that's true.  I think it                             | 11:45:17AM  |
| 9  | would be useful for me to comment that I did do                        | 11:45:22AM  |
| 10 | some testing of this, particularly in the in depth                     | 11:45:26AM  |
| 11 | interviews that I did.  Where asked respondents                        | 11:45:29AM  |
| 12 | about their reactions and understanding of these                       | 11:45:32AM  |
| 13 | different claims.  So I did have information there                      | 11:45:34AM  |
| 14 | that is not going to lend, itself, to quantitative                     | 11:45:37AM  |
| 15 | analysis because it's only eight persons that I                        | 11:45:45AM  |
| 16 | tested my concepts on to design the conjoint                           | 11:45:48AM  |
| 17 | survey.                                                                 | 11:45:54AM  |
| 18 | The overwhelming sense I took away from those                          | 11:45:54AM  |
| 19 | eight interviews is that the consumers I talked to,                    | 11:45:58AM  |
| 20 | overwhelmingly, interpreted the challenge claims                       | 11:46:04AM  |
| 21 | and health terms in terms of health.                                   | 11:46:07AM  |
| 22 | I understand your distinction between a taste                          | 11:46:11AM  |
| 23 | motivation to purchase a product or maybe a taste                      | 11:46:14AM  |
| 24 | interpretation of the "better than butter" claim                       | 11:46:18AM  |
| 25 | compared to a health-related interpretation of the                     | 11:46:21AM  |

Hahn & Bowersock, A Veritext Company
800.660.3187

| | | |
|---|---|---|
| 1 | "better than butter" claim. | 11:46:26AM |
| 2 | What I can tell you is that the people that I | 11:46:29AM |
| 3 | talked to when they looked at these claims in | 11:46:32AM |
| 4 | totality, I did not ask specifically about what did | 11:46:35AM |
| 5 | you think about this claim or that claim.  I talked | 11:46:37AM |
| 6 | to them about these claims more generally.  They | 11:46:40AM |
| 7 | tend to think of coconut oil as a healthy | 11:46:43AM |
| 8 | alternative.  That's what I took away from that | 11:46:46AM |
| 9 | small sample. | 11:46:49AM |
| 10 | Q.   And we'll talk about that small sample, | 11:46:50AM |
| 11 | we'll get to that subject when we cover in depth | 11:46:53AM |
| 12 | interviews and I appreciate you bringing it up now. | 11:46:56AM |
| 13 | But we will talk about it more in a bit. | 11:46:58AM |
| 14 | But, in the conjoint survey, the people who | 11:47:00AM |
| 15 | respond to that survey did not respond based on to | 11:47:07AM |
| 16 | provide a meaning as to how they interpreted | 11:47:11AM |
| 17 | "better than butter on bread, vegetables or | 11:47:15AM |
| 18 | popcorn;" correct? | 11:47:18AM |
| 19 | A.   And by definition "conjoint survey" does | 11:47:19AM |
| 20 | not interpret people's understanding or meanings. | 11:47:22AM |
| 21 | Q.   So, for example, it didn't measure if | 11:47:24AM |
| 22 | someone interpreted that, referring to taste; | 11:47:29AM |
| 23 | correct? | 11:47:32AM |
| 24 | A.   It measured value.  It didn't measure, | 11:47:32AM |
| 25 | you know, what it is that actually is underlying | 11:47:35AM |

Page 123

CONFIDENTIAL
J. Michael Dennis - August 29, 2017

| | | |
|---|---|---|
| 1 | reasons for people to have their values. | 11:47:38AM |
| 2 | The conjoint survey measures the valuations | 11:47:39AM |
| 3 | themselves. | 11:47:44AM |
| 4 | Q.   And so it didn't measure whether someone | 11:47:44AM |
| 5 | considered it "better than butter" because it's | 11:47:48AM |
| 6 | vegan; right? | 11:47:52AM |
| 7 | A.   That it's vegan?  I don't think the word | 11:47:53AM |
| 8 | "vegan" appears in my survey. | 11:47:58AM |
| 9 | Q.   So it did not attempt to determine | 11:48:00AM |
| 10 | whether a survey-taker considered it better, | 11:48:03AM |
| 11 | because it was vegan; correct? | 11:48:06AM |
| 12 | A.   If the respondent had that understanding | 11:48:08AM |
| 13 | coming into this survey based on their past | 11:48:11AM |
| 14 | experience of purchasing these brands, then their | 11:48:15AM |
| 15 | -- the extent to which vegan is important to them, | 11:48:19AM |
| 16 | would be taken into account by respondents past | 11:48:21AM |
| 17 | experience in purchasing these brands. | 11:48:49AM |
| 18 | Q.   And the way we take into account is in | 11:48:52AM |
| 19 | the preferences that were expressed; right? | 11:48:55AM |
| 20 | A.   In the choices made in the survey. | 11:48:58AM |
| 21 | Q.   And those choices were made in the | 11:48:59AM |
| 22 | survey are what resulted ultimately in the price | 11:49:02AM |
| 23 | premium percentages; correct? | 11:49:06AM |
| 24 | A.   In combination with the transaction data | 11:49:08AM |
| 25 | that I talked about earlier and all the other | 11:49:10AM |

Page 124

| | | |
|---|---|---|
| 1 | Do you agree? | 01:35:07PM |
| 2 | MR. FITZGERALD:  Objection.  Outside the | 01:35:08PM |
| 3 | scope.  Calls for expert testimony.  May call for a | 01:35:09PM |
| 4 | legal conclusion. | 01:35:12PM |
| 5 | THE WITNESS:  That's outside my assignment to | 01:35:13PM |
| 6 | answer those questions. | 01:35:16PM |
| 7 | MR. COLE: | 01:35:17PM |
| 8 | Q.   So we already established earlier that | 01:35:17PM |
| 9 | it was also outside your assignment to go a step | 01:35:25PM |
| 10 | forward and if somebody interpreted the claims as | 01:35:28PM |
| 11 | meaning "healthier than butter," for example, it | 01:35:32PM |
| 12 | was outside your assignment to determine what that | 01:35:35PM |
| 13 | consumer understood "healthier than butter" to | 01:35:37PM |
| 14 | mean; correct? | 01:35:44PM |
| 15 | MR. FITZGERALD:  Objection.  Vague and | 01:35:44PM |
| 16 | ambiguous. | 01:35:44PM |
| 17 | THE WITNESS:  What I said previously in | 01:35:44PM |
| 18 | answer to this question was something similar is | 01:35:46PM |
| 19 | that my survey does not measure perceptions, | 01:35:50PM |
| 20 | interpretations, and understandings -- therefore my | 01:35:55PM |
| 21 | data are not useful for measuring those properties. | 01:35:57PM |
| 22 | MR. COLE:  I would like to show you what | 01:36:16PM |
| 23 | we'll mark as our next Exhibit 518. | 01:36:18PM |
| 24 | (Exhibit 518 was marked for identification by | 01:36:18PM |
| 25 | the court reporter and is attached hereto.) | 01:36:18PM |

Page 155

| | | |
|---|---|---|
| 1 | the same in terms of quality? | 02:27:24PM |
| 2 | A.   No, because brands there. | 02:27:27PM |
| 3 | So, to the extent that respondents are | 02:27:29PM |
| 4 | bringing to the survey their experiences with | 02:27:32PM |
| 5 | brands and actual products, they're perfectly | 02:27:34PM |
| 6 | allowed to do that. | 02:27:38PM |
| 7 | Q.   And to the extent they're not bringing | 02:27:39PM |
| 8 | that to the survey would they be able to -- if they | 02:27:41PM |
| 9 | are not bringing that prior experience to the | 02:27:45PM |
| 10 | survey would they be able to associate a brand with | 02:27:47PM |
| 11 | a taste for example? | 02:27:50PM |
| 12 | A.   They are bringing experience.  These are | 02:27:52PM |
| 13 | actual purchasers. | 02:27:55PM |
| 14 | Q.   But not everyone who took the survey was | 02:27:56PM |
| 15 | a Nutiva purchaser; correct? | 02:27:59PM |
| 16 | A.   Well, everybody who I included in the | 02:28:01PM |
| 17 | analysis was a Nutiva purchaser. | 02:28:03PM |
| 18 | Q.   And what about the availability of the | 02:28:06PM |
| 19 | product.  They're to assume in the survey that all | 02:28:08PM |
| 20 | the products -- I think we already covered this. | 02:28:13PM |
| 21 | But, they are going to assume in the survey that | 02:28:15PM |
| 22 | all the products were available that they see in | 02:28:16PM |
| 23 | the choice sets; correct? | 02:28:19PM |
| 24 | A.   That's right. | 02:28:20PM |
| 25 | Q.   And then if there is a market that day, | 02:28:21PM |

Page 185

| | | |
|---|---|---|
| 1 | they're supposed to be acting as if they're in the | 02:28:23PM |
| 2 | marketplace, I think you said in the instructions | 02:28:25PM |
| 3 | wherever they make their purchases.  But, in that | 02:28:27PM |
| 4 | marketplace as they're comparing the products, the | 02:28:29PM |
| 5 | products of the choice sets are all available; | 02:28:32PM |
| 6 | correct? | 02:28:35PM |
| 7 | A.   That's correct. | 02:28:35PM |
| 8 | Q.   I understand that in the Nature's Way | 02:28:36PM |
| 9 | report -- the case, excuse me.  In the Nature's Way | 02:29:39PM |
| 10 | case, you prepared a report which we've looked at | 02:29:41PM |
| 11 | concerning the conjoint analysis you did in that | 02:29:44PM |
| 12 | case; correct? | 02:29:48PM |
| 13 | A.   That's correct. | 02:29:48PM |
| 14 | Q.   You haven't testified in that case | 02:29:49PM |
| 15 | beyond the report; have you? | 02:29:51PM |
| 16 | A.   No, I have not. | 02:29:52PM |
| 17 | Q.   And can you remind me was there any | 02:29:53PM |
| 18 | case, previous case in which you provided either | 02:29:57PM |
| 19 | deposition or testimony where you had conducted | 02:30:01PM |
| 20 | conjoint analysis? | 02:30:04PM |
| 21 | And I am not asking for a report, but actual | 02:30:06PM |
| 22 | deposition testimony? | 02:30:08PM |
| 23 | A.   I have not. | 02:30:10PM |
| 24 | Q.   We can look at your report, again, | 02:30:11PM |
| 25 | Exhibit 513, paragraph 13.  About the middle of | 02:30:29PM |

Page 186

CONFIDENTIAL
J. Michael Dennis - August 29, 2017

| | | |
|---|---|---|
| 1 | A.   Yes. | 02:33:04PM |
| 2 | Q.   And you state in paragraph 15, the eight | 02:33:07PM |
| 3 | in depth interviews were conducted in the San | 02:33:09PM |
| 4 | Francisco, California, area? | 02:33:12PM |
| 5 | A.   Yes. | 02:33:15PM |
| 6 | Q.   Explain to me who those eight interviews | 02:33:15PM |
| 7 | were? | 02:33:18PM |
| 8 | A.   These were individuals that I | 02:33:18PM |
| 9 | intercepted, myself as an individual, and asked | 02:33:20PM |
| 10 | them on the fly if they were willing to talk about | 02:33:27PM |
| 11 | their -- any purchases of coconut oil they had | 02:33:30PM |
| 12 | made.   So I had a lot of respondents that did not | 02:33:36PM |
| 13 | qualify for my in depth interviews. | 02:33:38PM |
| 14 | Think of it as a convenience sample, a | 02:33:40PM |
| 15 | non-random, non-probability sample of individuals | 02:33:43PM |
| 16 | that I approached to talk about this. | 02:33:46PM |
| 17 | Q.   Okay.   And so when you say | 02:33:50PM |
| 18 | "intercepted," you mean just people in your own | 02:33:52PM |
| 19 | environment that you called or, for lack of better | 02:33:54PM |
| 20 | word, see if they would answer some questions for | 02:33:58PM |
| 21 | you about coconut oil? | 02:34:00PM |
| 22 | A.   No.   I have a particular method to this. | 02:34:01PM |
| 23 | There's a Starbucks actually in the southern | 02:34:04PM |
| 24 | part of this city, Redwood City, where I'll carry | 02:34:07PM |
| 25 | gift cards with me, Starbucks gift cards and | 02:34:12PM |

Page 189

| | | |
|---|---|---|
| 1 | approach individuals asking if I could have 20 to | 02:34:16PM |
| 2 | 30 minutes of their time.  And if they qualify, | 02:34:19PM |
| 3 | meaning that they actually are past purchasers of | 02:34:23PM |
| 4 | coconut oil, then I see if they have time and if | 02:34:28PM |
| 5 | they're willing to talk.  And sometimes people say | 02:34:30PM |
| 6 | yes.  Sometimes they say no.  A lot of times they | 02:34:35PM |
| 7 | say no. | 02:34:39PM |
| 8 |      But, I find it just a refreshing river stream | 02:34:39PM |
| 9 | of people coming in and out of this particular | 02:34:43PM |
| 10 | Starbucks.  And surprisingly enough, a lot of | 02:34:46PM |
| 11 | people are willing to sit down and just talk about | 02:34:49PM |
| 12 | this.  So, it's not like what happens for a lot of | 02:34:52PM |
| 13 | concept testing in the U.S. where they rely on | 02:34:58PM |
| 14 | intercepting individuals in strip malls or shopping | 02:35:02PM |
| 15 | malls or, you know, the MGM Grand has a big | 02:35:06PM |
| 16 | intercept capability in Las Vegas, so that's the | 02:35:10PM |
| 17 | method I used. | 02:35:14PM |
| 18 |      Q.   So in this particular -- excuse me. | 02:35:15PM |
| 19 |      When you refer to the in-depth interviews in | 02:35:16PM |
| 20 | paragraph 15 of your report in this case are those | 02:35:20PM |
| 21 | the same interviews that you refer to in the Hunter | 02:35:22PM |
| 22 | versus Nature's Way report? | 02:35:27PM |
| 23 |      A.   It's a different exercise.  It's another | 02:35:28PM |
| 24 | group of people, if that's your question. | 02:35:32PM |
| 25 |      Q.   It is. | 02:35:33PM |

Page 190

```
 1        So you did a separate round of eight          02:35:35PM
 2   interviews for this case and you didn't rely on    02:35:37PM
 3   just the ones that were done in the Hunters versus 02:35:38PM
 4   Nature's Way case?                                 02:35:42PM
 5        A.   That's correct.  So, they're independent 02:35:43PM
 6   sessions I did.                                    02:35:45PM
 7        Q.   And in this case was it done at this     02:35:46PM
 8   Starbucks here in Redwood City?                    02:35:48PM
 9        A.   It was.                                  02:35:50PM
10        Q.   And did you record any information that  02:35:51PM
11   you obtained during the interviews?                02:35:53PM
12        A.   No, I did not.                           02:35:55PM
13        Q.   And so you asked questions and just      02:35:56PM
14   absorbed it into your mind and let it sit there?   02:36:00PM
15        A.   I let it sit there.  That's exactly what 02:36:05PM
16   I did.                                             02:36:08PM
17        Q.   You didn't take notes?                   02:36:08PM
18        A.   No, I did not.                           02:36:10PM
19        Q.   And you said that these eight in-depth   02:36:11PM
20   interviews which there were no notes, they weren't 02:36:16PM
21   recorded, I assume?                                02:36:20PM
22        A.   No.                                      02:36:22PM
23        Q.   And they were -- you qualified by saying 02:36:22PM
24   these aren't considered random because you -- you  02:36:25PM
25   just -- the sample size and the way you went about 02:36:29PM
```

                                                        Page 191

CONFIDENTIAL
J. Michael Dennis - August 29, 2017

| | | |
|---|---|---|
| 1 | it, doesn't -- isn't something will allow you to | 02:36:31PM |
| 2 | say it's a fair cross-section of the consumers; | 02:36:35PM |
| 3 | correct? | 02:36:37PM |
| 4 | A.   Right.   It is never intended as a | 02:36:38PM |
| 5 | statistical study.   So, these are just qualitative | 02:36:40PM |
| 6 | in-depth interviews to give me deep background | 02:36:43PM |
| 7 | information I needed to design the study. | 02:36:43PM |
| 8 | Q.   And the qualitative interviews that you | 02:36:46PM |
| 9 | did, there were eight. | 02:36:52PM |
| 10 | A.   There were eight of them. | 02:36:55PM |
| 11 | Q.   And is there a reason that you chose | 02:36:56PM |
| 12 | eight? | 02:36:59PM |
| 13 | A.   Habit.   Really just habit. | 02:36:59PM |
| 14 | I try to get at least eight when I do this. | 02:37:01PM |
| 15 | Sometimes I'll do just six.   But I always try to go | 02:37:05PM |
| 16 | for eight. | 02:37:09PM |
| 17 | Q.   And how did the result of those eight | 02:37:09PM |
| 18 | interviews impact the design of the service | 02:37:21PM |
| 19 | questionnaire? | 02:37:24PM |
| 20 | A.   I think, principally, a lot of those | 02:37:25PM |
| 21 | confirmatory from what I did in Nature's Way.   I | 02:37:29PM |
| 22 | think it's -- I just really believe it's important | 02:37:33PM |
| 23 | to go in-depth interviews and not skip the step | 02:37:37PM |
| 24 | regardless of the study. | 02:37:41PM |
| 25 | In this case doing a study on a very similar | 02:37:43PM |

Page 192

| | | |
|---|---|---|
| 1 | topic. | 02:37:47PM |
| 2 | My own opinion is the qualitative in this | 02:37:47PM |
| 3 | particular project didn't have a big impact on the | 02:37:51PM |
| 4 | survey because I had already done Nature's Way. | 02:37:54PM |
| 5 | Nonetheless, I feel it's very important to stick to | 02:37:57PM |
| 6 | the protocol and make sure I have the right | 02:38:01PM |
| 7 | attributes.  It's important and it's possible that | 02:38:03PM |
| 8 | I would have met a different subset of individuals | 02:38:05PM |
| 9 | this time around who would give me a different | 02:38:09PM |
| 10 | prism through which I can look at this product and | 02:38:12PM |
| 11 | maybe if there is an attribute I should have | 02:38:16PM |
| 12 | included that I did not include in Nature's Way. | 02:38:17PM |
| 13 | So I wanted to be open-minded about that. | 02:38:19PM |
| 14 | But, I did collect information at least in | 02:38:22PM |
| 15 | terms of the conversations I had about what I call | 02:38:25PM |
| 16 | people's purchase journeys or consumer journeys. | 02:38:29PM |
| 17 | So I'm really encouraging people to talk about: | 02:38:32PM |
| 18 | Why I bought these products?  Where did they buy | 02:38:36PM |
| 19 | them?  And specifically talk about, you know, the | 02:38:39PM |
| 20 | pricing.  Their familiarity with pricing, what they | 02:38:43PM |
| 21 | usually pay for.  Because I am always | 02:38:47PM |
| 22 | double-checking against the levels -- the levels, | 02:38:49PM |
| 23 | of course, you know, within the attribute, the | 02:38:53PM |
| 24 | levels such as pricing.  And I want to make sure | 02:38:55PM |
| 25 | that I'm basically designing the survey in a way | 02:38:58PM |

Page 193

CONFIDENTIAL
J. Michael Dennis - August 29, 2017

| 1 | respondents, and like voting in an election booth, | 02:55:46PM |
| 2 | they're voting for Candy A, B, or C and they are | 02:55:51PM |
| 3 | doing it 12 times per survey. | 02:55:55PM |
| 4 | And so I'm representing the product in these | 02:55:57PM |
| 5 | profiles.  So, it's an obvious truism that I'm not | 02:55:59PM |
| 6 | presenting the entire label, which is the | 02:56:04PM |
| 7 | appropriate thing to do for a conjoint survey. | 02:56:06PM |
| 8 | So, I am not sure if it's a responsive | 02:56:09PM |
| 9 | answer, but... | 02:56:12PM |
| 10 | Q.   No, I think it's responsive.  Thank you. | 02:56:13PM |
| 11 | It's just that you referred back earlier to | 02:56:15PM |
| 12 | when:  A few moments ago referred earlier to "while | 02:56:21PM |
| 13 | you might not have had five claims, for example, | 02:56:25PM |
| 14 | together all at once, you had enough different | 02:56:27PM |
| 15 | combinations that you felt some that some | 02:56:27PM |
| 16 | conclusions could be drawn from the survey with | 02:56:29PM |
| 17 | respect to all of the challenge claims. | 02:56:31PM |
| 18 | Do you recall that testimony? | 02:56:34PM |
| 19 | A.   Yes, I do. | 02:56:35PM |
| 20 | Q.   And I guess -- I just wanted to make | 02:56:36PM |
| 21 | sure before we depart on another subject.  That in | 02:56:38PM |
| 22 | your own mind, you are not equating the five | 02:56:42PM |
| 23 | challenge claims to the label as a whole; correct? | 02:56:44PM |
| 24 | A.   I think no reasonable person would | 02:56:47PM |
| 25 | equate five statements, even the challenge claims, | 02:56:53PM |

Page 207

| | | |
|---|---|---|
| 1 | as being the reality of the entire label as a | 02:56:57PM |
| 2 | whole. | 02:57:00PM |
| 3 | Q. Let's go to page 18 of your report. | 02:57:14PM |
| 4 | Excuse me, paragraph 18, which is again Exhibit | 02:57:16PM |
| 5 | 513. | 02:57:21PM |
| 6 | MR. FITZGERALD: Bill, would you mind if I | 02:57:37PM |
| 7 | take a quick restroom break? | 02:57:39PM |
| 8 | MR. COLE: Absolutely. That's fine. | 02:57:40PM |
| 9 | THE VIDEOGRAPHER: Going off the record. | 02:57:41PM |
| 10 | Time is | 02:57:42PM |
| 11 | 2:57 p.m. | 02:57:42PM |
| 12 | (Whereupon a break was had) | 03:04:58PM |
| 13 | THE VIDEOGRAPHER: Back on the record. | 03:04:58PM |
| 14 | The time is 3:04 p.m. | 03:05:00PM |
| 15 | MR. COLE: | 03:05:03PM |
| 16 | Q. Dr. Dennis, let's go back to your | 03:05:03PM |
| 17 | report, Exhibit 513. And let's go to paragraph 42 | 03:05:07PM |
| 18 | on page 22. | 03:05:15PM |
| 19 | I want to look at the table actually, | 03:05:35PM |
| 20 | probably the next page, on page 22. Do you see | 03:05:38PM |
| 21 | that table? | 03:05:41PM |
| 22 | A. I do. | 03:05:41PM |
| 23 | Q. So, if we look down at the last row of | 03:05:42PM |
| 24 | the table, the challenge labels are 100 percent | 03:05:48PM |
| 25 | less cholesterol butter plus "Superfood;" correct? | 03:05:52PM |

Page 208

CONFIDENTIAL
J. Michael Dennis - August 29, 2017

| | | |
|---|---|---|
| 1 | interpret that that that product had it not had | 03:09:38PM |
| 2 | those three claims would, in fact, have been priced | 03:09:42PM |
| 3 | in the marketplace at 50 percent less than it was? | 03:09:45PM |
| 4 | MR. FITZGERALD:  Objection.  Incomplete | 03:09:50PM |
| 5 | hypothetical. | 03:09:50PM |
| 6 | THE WITNESS:  Well, I mean, obviously, I | 03:09:52PM |
| 7 | can't predict exactly how Nutiva's management would | 03:09:53PM |
| 8 | react to this information.  So, if demand falls | 03:09:58PM |
| 9 | tremendously because these claims were being | 03:10:01PM |
| 10 | removed from the package, then Nutiva had some | 03:10:04PM |
| 11 | business decisions to make. | 03:10:08PM |
| 12 | They could potentially not make the product | 03:10:09PM |
| 13 | anymore. | 03:10:11PM |
| 14 | They could pull the product off the shelf. | 03:10:12PM |
| 15 | They could reduce the price substantially. | 03:10:15PM |
| 16 | They could be stubborn about it and keep the | 03:10:18PM |
| 17 | price point higher and see market share decline. | 03:10:20PM |
| 18 | So, there are a lot of different business | 03:10:24PM |
| 19 | decisions and options in front of the Nutiva | 03:10:27PM |
| 20 | management in that scenario. | 03:10:31PM |
| 21 | MR. COLE: | 03:10:31PM |
| 22 | Q.   And recognizing that, which I think is | 03:10:32PM |
| 23 | common sense, recognizing that, can you render the | 03:10:38PM |
| 24 | opinion that if the lower bound premium, of let's | 03:10:42PM |
| 25 | say three of the challenge claims together was 50 | 03:10:46PM |

Page 212

Hahn & Bowersock, A Veritext Company
800.660.3187

| | | |
|---|---|---|
| 1 | percent, can you render the opinion that the market | 03:10:49PM |
| 2 | price of that product would have been | 03:10:51PM |
| 3 | 50 percent lower if those three claims were not on | 03:10:55PM |
| 4 | it when that product was sold? | 03:10:58PM |
| 5 | A.   I think I explained it's difficult to | 03:11:00PM |
| 6 | predict what the market price would be.  Because | 03:11:03PM |
| 7 | that's the dance between consumers sellers. | 03:11:06PM |
| 8 | What I can rely on and attest to is the | 03:11:09PM |
| 9 | survey which is making your prediction of what the | 03:11:12PM |
| 10 | consumer preferences and utilities would be in that | 03:11:15PM |
| 11 | scenario. | 03:11:18PM |
| 12 | Q.   Let's talk about the population and | 03:11:19PM |
| 13 | sample size in your work in this case. | 03:12:13PM |
| 14 | You determined that the study's target | 03:12:16PM |
| 15 | population were U.S. adult residents who were | 03:12:20PM |
| 16 | coconut oil purchasers; is that right? | 03:12:25PM |
| 17 | A.   May I examine my report, briefly? | 03:12:26PM |
| 18 | Q.   Yes. | 03:12:29PM |
| 19 | A.   Thank you. | 03:12:30PM |
| 20 | Yes, I see my definition in paragraph 14. | 03:12:35PM |
| 21 | Q.   And if that was the target -- the | 03:12:37PM |
| 22 | relevant population at issue, why did some of the | 03:12:51PM |
| 23 | market simulator results -- why were some of the | 03:12:55PM |
| 24 | market simulator results based on a subset of | 03:13:01PM |
| 25 | Nutiva purchasers? | 03:13:05PM |

Page 213

1       I, the undersigned, a Certified Shorthand Reporter of

2   the State of California, do hereby certify:

3       That the foregoing proceedings were taken before me

4   at the time and place herein set forth; that any witnesses in

5   the foregoing proceedings, prior to testifying, were

6   administered an oath; that a record of the proceedings was

7   made by me using machine shorthand which was thereafter

8   transcribed under my direction; that the foregoing transcript

9   is a true record of the testimony given.

10      Further, that if the foregoing pertains to the

11  original transcript of a deposition in a Federal Case, before

12  completion of the proceedings, review of the transcript [  ]

13  was [  ] was not requested.

14      I further certify I am neither financially interested

15  in the action nor a relative or employee of any attorney or

16  any party to this action.

17      IN WITNESS WHEREOF, I have this date subscribed my

18  name.

19      Dated:  September 22, 2017

20

21

22

23      LISA R. TOW

24      CSR No. 6629

25

Page 245