# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                          ---oOo---
 4
 5
 6   PRESTON JONES and SHIRIN    )
     DELALAT, on behalf of       )
 7   themselves, all others      )
     similarly situated, and     )
 8   the general public,         )
                                 )
 9             Plaintiffs,       )
                                 )
10             v.                ) CASE NO. CV-00711-HSG
                                 )
11   NUTIVA, INC.,               )
                                 )
12                               )
               Defendant.        )
13   _____)
14
15
16
17        VIDEOTAPED DEPOSITION PROCEEDINGS OF
18                  SHIRIN DELALAT
19             MONDAY, OCTOBER 2, 2017
20
21
22
23
24   REPORTED BY:  ANGIE DINER, RMR, CRR, CSR NO.9581
25   PAGES 68, 70, 76, 78 and 123 ARE CONFIDENTIAL ATTORNEYS EYES ONLY
```

Page 1

```
 1    A.    I think it's misleading.                               11:58:57
 2    Q.    And why do you think it's misleading?                  11:58:58
 3    A.    Because it -- if it doesn't have any -- it             11:59:00
 4  just doesn't really make a lot of sense.  If it's              11:59:06
 5  100 percent less cholesterol -- I don't know.  It              11:59:09
 6  just didn't -- doesn't make much sense to me now,              11:59:14
 7  because it -- knowing what I know now about coconut            11:59:18
 8  oil, it's essentially the same as butter.                      11:59:22
 9    Q.    What do you mean by that?                              11:59:23
10    A.    As far as the properties of how it reacts in           11:59:26
11  -- within your system.                                         11:59:32
12    Q.    Can you explain what you mean by that?                 11:59:33
13          MR. FITZGERALD:  Objection.  Calls for                 11:59:37
14  expert testimony.                                              11:59:39
15          MR. COLE:  Q.  Well, you said that knowing             11:59:40
16  what you know now, you said that coconut oil is                11:59:42
17  basically the same as butter?                                  11:59:44
18    A.    Yes.                                                   11:59:45
19    Q.    And why?                                               11:59:46
20          MR. FITZGERALD:  Objection.  Asked and                 11:59:48
21  answered.                                                      11:59:49
22          THE DEPONENT:  There were some facts that my           11:59:51
23  attorney showed me.                                            11:59:55
24          MR. COLE:  Q.  And getting back to the issue           11:59:57
25  of why you think it's misleading, 100 percent less             12:00:02
```

| | | |
|---|---|---|
| 1 | cholesterol than butter, you said you think it's | 12:00:06 |
| 2 | misleading, and I think you said it's because it | 12:00:08 |
| 3 | doesn't make sense for something that has no | 12:00:09 |
| 4 | cholesterol.  Is that what you meant? | 12:00:13 |
| 5 |     MR. FITZGERALD:  Objection. | 12:00:16 |
| 6 | Mischaracterizes the testimony. | 12:00:18 |
| 7 |     THE DEPONENT:  Sort of.  It -- to me, the | 12:00:19 |
| 8 | impression that I got when I read, not just that, | 12:00:26 |
| 9 | but everything all together, was that it was a | 12:00:29 |
| 10 | healthy choice, and so that's why I think that it | 12:00:33 |
| 11 | doesn't make much sense in saying that, because it's | 12:00:37 |
| 12 | not necessarily any better than butter. | 12:00:43 |
| 13 |     MR. COLE:  Q.  So you said the impression | 12:00:48 |
| 14 | you got when you read that, with everything else | 12:00:50 |
| 15 | together.  What do you mean by everything else | 12:00:53 |
| 16 | together? | 12:00:56 |
| 17 |    A.   With organic, with nourishing, that it's the | 12:00:56 |
| 18 | world's best cooking oil, that it's | 12:01:00 |
| 19 | non-hydrogenated, that it doesn't have any trans fat | 12:01:11 |
| 20 | in it, zero trans fat, that it's better than butter, | 12:01:13 |
| 21 | and that it's a nutritious substitute. | 12:01:18 |
| 22 |    Q.   Okay.  And so I believe you testified | 12:01:23 |
| 23 | earlier that you read those things the first time | 12:01:27 |
| 24 | you purchased it, and then in subsequent purchases | 12:01:30 |
| 25 | you -- you didn't reread everything because you were | 12:01:33 |

| | | |
|---|---|---|
| 1 | buying the same product.  Is that what you said | 12:01:36 |
| 2 | before? | 12:01:37 |
| 3 | A.    Yes. | 12:01:38 |
| 4 | Q.    Okay.  And so sticking then, again, with | 12:01:38 |
| 5 | 100 percent less cholesterol than butter, on its | 12:01:43 |
| 6 | own -- do you think there's anything misleading | 12:01:48 |
| 7 | about it on its own? | 12:01:50 |
| 8 | MR. FITZGERALD: Objection.  Calls for a | 12:01:51 |
| 9 | legal conclusion.  You can answer. | 12:01:53 |
| 10 | THE DEPONENT: Well, can we go back to the | 12:01:58 |
| 11 | question right before?  Because there was -- | 12:02:00 |
| 12 | MR. COLE:  Q.  Sure. | 12:02:00 |
| 13 | A.    It also says "nature's ideal all-purpose | 12:02:01 |
| 14 | oil," and I try to consume natural and non-processed | 12:02:07 |
| 15 | products, so that was another thing. | 12:02:11 |
| 16 | But can you repeat the next question? | 12:02:14 |
| 17 | Q.    Oh, sure. | 12:02:17 |
| 18 | A hundred percent less cholesterol than | 12:02:18 |
| 19 | butter; I understand that you said that you read | 12:02:21 |
| 20 | that -- that in the context of those other | 12:02:23 |
| 21 | statements you read, that you got an impression, an | 12:02:26 |
| 22 | overall impression.  But I -- I want to also | 12:02:29 |
| 23 | understand what your impression was of each | 12:02:30 |
| 24 | statement, because I believe you allege that they're | 12:02:33 |
| 25 | individually misleading, but I could be wrong.  So I | 12:02:36 |

| | | |
|---|---|---|
| 1 | want to just check and see what your -- what your | 12:02:39 |
| 2 | thoughts are. | 12:02:40 |
| 3 | Do you think that -- did you think that | 12:02:41 |
| 4 | 100 percent less cholesterol than butter was | 12:02:42 |
| 5 | misleading on its own? | 12:02:46 |
| 6 | A.   It's hard for me to say that any one of | 12:02:47 |
| 7 | these things would have been -- would have caused me | 12:02:51 |
| 8 | to have a certain impression, because I formed an | 12:02:54 |
| 9 | opinion based on all the things together, so I | 12:02:58 |
| 10 | don't -- I don't know how to answer that question. | 12:03:01 |
| 11 | Q.   Okay.  So you mentioned nourishing people | 12:03:04 |
| 12 | and planets as one of the statements that was | 12:03:12 |
| 13 | relevant to you? | 12:03:15 |
| 14 | A.   Yes. | 12:03:16 |
| 15 | Q.   And tell me again what you thought meant -- | 12:03:16 |
| 16 | that statement meant, nourishing? | 12:03:19 |
| 17 | A.   I believed that it meant this was a health | 12:03:21 |
| 18 | food company or a company that made healthy | 12:03:23 |
| 19 | products. | 12:03:27 |
| 20 | Q.   And the next statement you mentioned was | 12:03:27 |
| 21 | "world's best cooking oil" is that right? | 12:03:31 |
| 22 | A.   I did mention that.  I don't know what order | 12:03:33 |
| 23 | I -- | 12:03:37 |
| 24 | Q.   Fair enough.  Fair enough. | 12:03:37 |
| 25 | So world's best cooking oil.  And what did | 12:03:39 |

```
 1   and relied upon, among" -- "among other things, the         12:26:11
 2   phrase '100 percent less cholesterol than butter.'"         12:26:13
 3        Do you see that?                                       12:26:17
 4     A.    Yes.                                                12:26:17
 5     Q.    And it makes no reference to any of the             12:26:18
 6   other statements on the label other than                    12:26:20
 7   "100 percent less cholesterol than butter," correct?        12:26:23
 8     A.    Correct.                                            12:26:26
 9        MR. FITZGERALD:  I'm going to say,                     12:26:27
10   mischaracterizes the document, which speaks for             12:26:27
11   itself.  It says "among other things."                      12:26:30
12        MR. COLE:  Fair enough.                                12:26:32
13        MR. COLE:  Q.  And Ms. Delalat, is it fair             12:26:33
14   to say that -- would it be correct to say that the          12:26:39
15   statement that stood out to you the most when you           12:26:42
16   first purchased the coconut oil was "less                   12:26:45
17   cholesterol than butter"?                                   12:26:46
18     A.    I -- I don't know.  I looked at it as a             12:26:48
19   whole.  I can't separate the one statement from the         12:26:52
20   other claims.                                               12:26:56
21     Q.    And I'm not asking you to share any                 12:26:57
22   communication with your counsel or any decisions            12:27:00
23   your counsel made about the declaration.  I just            12:27:02
24   want to ask you, at the time you filled out this            12:27:03
25   declaration, did you intentionally, in your own             12:27:05
```

Hahn & Bowersock, A Veritext Company
800.660.3187

| | | |
|---|---|---|
| 1 | MR. FITZGERALD: You can take the time to | 13:46:38 |
| 2 | read the whole paragraph if you need to. | 13:46:39 |
| 3 | THE DEPONENT: Okay. | 13:47:14 |
| 4 | MR. COLE: Q. Okay. Now having had a | 13:47:16 |
| 5 | chance to read that, do you see that it refers to a | 13:47:17 |
| 6 | discussion of Omega 6 versus Omega 3 fatty acids? | 13:47:20 |
| 7 | A. Yes. | 13:47:24 |
| 8 | Q. And prior to reading that, have you ever | 13:47:25 |
| 9 | heard of any difference between Omega 6 versus Omega | 13:47:28 |
| 10 | 3 acid? | 13:47:32 |
| 11 | A. I've heard those terms thrown around. I | 13:47:33 |
| 12 | don't know a lot about the specifics. | 13:47:36 |
| 13 | Q. Do you know whether -- do you know what the | 13:47:38 |
| 14 | Omega 6 versus Omega 3 content is of coconut oil? | 13:47:42 |
| 15 | A. Nope. | 13:47:46 |
| 16 | Q. Do you know what the Omega 6 versus Omega 3 | 13:47:47 |
| 17 | content is of butter? | 13:47:51 |
| 18 | A. No. | 13:47:53 |
| 19 | Q. And I guess, as you sit here today, do you | 13:47:53 |
| 20 | know whether butter has more or less Omega 3's than | 13:47:58 |
| 21 | coconut oil? | 13:48:02 |
| 22 | A. I don't know. | 13:48:02 |
| 23 | Q. And would it matter to you either way? | 13:48:05 |
| 24 | A. I'm probably not going to consume either. | 13:48:07 |
| 25 | Q. Okay. Earlier in your testimony, we | 13:48:10 |

| | | |
|---|---|---|
| 1 | reviewed the statements on the label on Exhibit 522 | 13:48:57 |
| 2 | that you said you read before the first time you | 13:48:59 |
| 3 | made the purchase of the coconut oil, and that you | 13:49:02 |
| 4 | read them together in context.  Do you recall that | 13:49:06 |
| 5 | testimony? | 13:49:09 |
| 6 |     A.    Yes. | 13:49:09 |
| 7 |     Q.    And I believe -- well, let me ask you, of | 13:49:09 |
| 8 | the statements you identified, did any statement in | 13:49:14 |
| 9 | and of itself mislead you or did you feel they were | 13:49:19 |
| 10 | misleading together, read together in context? | 13:49:22 |
| 11 |     A.    As I mentioned before, it's hard for me to | 13:49:23 |
| 12 | separate them because I only -- my experience was | 13:49:28 |
| 13 | with all of them in context, so. | 13:49:30 |
| 14 |     Q.    So -- and now, tell me again how you read | 13:49:33 |
| 15 | them in context.  What did they mean to you when you | 13:49:35 |
| 16 | read them in context before you purchased the | 13:49:39 |
| 17 | coconut oil? | 13:49:41 |
| 18 |         MR. FITZGERALD:  Objection.  Calls for a | 13:49:42 |
| 19 | narrative.  Not reasonably particular as -- | 13:49:42 |
| 20 |         THE DEPONENT:  That I was making a healthy | 13:49:45 |
| 21 | choice. | 13:49:47 |
| 22 |         MR. COLE:  Q.  And did you interpret those | 13:49:48 |
| 23 | statements together in context to mean anything | 13:49:49 |
| 24 | other than you were making a healthy choice? | 13:49:52 |
| 25 |     A.    That was the conclusion I drew from | 13:49:54 |

| | | |
|---|---|---|
| 1 | everything I read. | 13:50:00 |
| 2 | Q.    And what -- let's talk about what that | 13:50:01 |
| 3 | means.  What did it mean to you that you were making | 13:50:05 |
| 4 | a healthy choice? | 13:50:07 |
| 5 | A.    It meant that I would be cooking foods for | 13:50:08 |
| 6 | my father and for myself that were healthy. | 13:50:11 |
| 7 | Q.    And what does healthy mean to you? | 13:50:14 |
| 8 | A.    Foods that don't increase your risk of | 13:50:18 |
| 9 | disease, or keep you feeling -- foods that keep you | 13:50:24 |
| 10 | feeling optimal. | 13:50:30 |
| 11 | Q.    Did healthy to you -- at the time you read | 13:50:32 |
| 12 | the label, did healthy to you mean anything in | 13:50:43 |
| 13 | addition to foods that don't increase your risk of | 13:50:47 |
| 14 | disease and that keep you feeling optimal? | 13:50:49 |
| 15 | A.    Probably.  It's hard to define what healthy | 13:50:53 |
| 16 | means.  I can't think of specific... | 13:50:58 |
| 17 | Q.    Do you -- sitting here today, do you believe | 13:51:07 |
| 18 | that a food is either healthy or not healthy? | 13:51:18 |
| 19 |     MR. FITZGERALD:  Objection.  Incomplete | 13:51:21 |
| 20 | hypothetical. | 13:51:23 |
| 21 |     THE DEPONENT:  I don't know. | 13:51:25 |
| 22 |     MR. COLE:  Q.  Well, let's talk about some | 13:51:26 |
| 23 | specific foods just as an example.  A butter, for | 13:51:29 |
| 24 | example, I think you -- I would assume from prior | 13:51:31 |
| 25 | testimony, you believe it's unhealthy. | 13:51:34 |

Page 137

```
 1     A.    Correct.                                         13:51:36
 2     Q.    How about fruit, like an apple?                  13:51:36
 3           MR. FITZGERALD:  Objection.  Calls for           13:51:44
 4     expert testimony.                                      13:51:45
 5           THE DEPONENT:  I don't know.  I -- it            13:51:46
 6     doesn't agree with me.                                 13:51:49
 7           MR. COLE:  Q.  How about an egg?                 13:51:53
 8     A.    I'm not sure.  I'm reactive to eggs.             13:51:59
 9     Q.    Do you think that healthy is the same for        13:52:03
10     everybody?                                             13:52:06
11           MR. FITZGERALD:  Objection.  Calls for           13:52:10
12     speculation.  Calls for expert testimony.              13:52:11
13           THE DEPONENT:  That's a hard question to         13:52:13
14     answer.                                                13:52:15
15           MR. COLE:  Q.  Why is it a hard question to      13:52:15
16     answer?                                                13:52:17
17     A.    Because everyone has a different definition      13:52:17
18     of healthy, so it would just be my definition.         13:52:22
19     Q.    I'm going to show you what we'll mark as --      13:52:25
20     actually, I'm going to show you that exhibit in a      13:52:25
21     bit.  Before we do that, let's talk about how you      13:53:03
22     came in contact with your counsel in this case.        13:53:06
23     When did you first have contact with your counsel in   13:53:07
24     this case?                                             13:53:10
25     A.    I think it was in 2016.                          13:53:10
```

Hahn & Bowersock, A Veritext Company
800.660.3187

```
 1                    REPORTER'S CERTIFICATE

 2          I, Angie Diner, CSR 9581, duly authorized to

 3   administer oaths pursuant to Section 30(c) of the

 4   Federal Rules of Civil Procedure , hereby certify

 5   that the deponent in the foregoing deposition was by

 6   me duly sworn to testify the truth, the whole truth

 7   and nothing but the truth in the within-entitled

 8   cause; that said deposition was taken at the time

 9   and place therein stated; that the testimony of the

10   said witness was reported by me and thereafter

11   transcribed by me and that the witness was given an

12   opportunity to read and correct said deposition and

13   to subscribe the same.

14          I further certify that I am not of counsel

15   or attorney for either or any of the parties to said

16   cause of action, nor in any way interested in the

17   outcome of the cause named in said cause of

18   action.

19          I declare under penalty of perjury under the

20   laws of the State of California that the foregoing

21   is true and correct.

22                    [signature: Angie Diner]

23

24       Angie Diner, CSR, RPR, CCRR, License No. 9581

25            Dated this 7th day of October 2017.
```

Page 186