# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON JONES and SHIRIN DELALAT, on behalf of themselves, all others similarly situated, and the general public,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br>NUTIVA, INC.,<br>　　　　　　　Defendant. | Case No: 4:16-cv-00711-HSG<br><br>**ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE RELATING TO CLASS CERTIFICATION MOTION AND MOTION FOR RECONSIDERATION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

Pursuant to the parties' stipulation, and for good cause shown, the Court orders the following schedule with respect to the remaining briefing on class certification, and with respect to the hearing dates on plaintiff's motions for class certification (Dkt. No. 102) and reconsideration (Dkt. No. 123).

| | |
|---|---|
| Plaintiff's Deadline to File Reply in Support of Class Certification | January 12, 2018 |
| Plaintiff's Deadline to File Opposition to Nutiva's Motion to Strike Declarations of Dr. J. Michael Dennis and Colin Weir | January 12, 2018 |
| Plaintiff's Deadline to File Motion(s) to Strike Nutiva's Class Certification Experts | January 12, 2018 |
| Deadline for Nutiva to File Reply in Support of Motion to Strike Declarations of Dr. J. Michael Dennis and Colin Weir | January 19, 2018 |
| Deadline for Nutiva to File Opposition to Plaintiff's Motion to Strike Nutiva's Class Certification Experts | February 16, 2018 |
| Deadline for Plaintiffs to File Reply in Support of Motion to Strike Nutiva's Class Certification Experts | March 2, 2018 |
| Hearing on Motion for Class Certification, Motions to Strike Class Certification Experts, and Plaintiff's Motion for Reconsideration | March 22, 2018 |

**IT IS SO ORDERED.**

Dated: December 15, 2017

Hon. Haywood S. Gilliam, Jr.
United States District Judge