**THE LAW OFFICE OF
JACK FITZGERALD, PC**
JACK FITZGERALD (SBN 257370)
*jack@jackfitzgeraldlaw.com*
TREVOR M. FLYNN (SBN 253362)
*trevor@jackfitzgeraldlaw.com*
MELANIE PERSINGER (SBN 275423)
*melanie@jackfitzgeraldlaw.com*
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

**THE LAW OFFICE OF
PAUL K. JOSEPH, PC**
PAUL K. JOSEPH (SBN 287057)
*paul@pauljosephlaw.com*
4125 W. Pt. Loma Blvd. No. 206
San Diego, California 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

*Counsel for Plaintiff and the Proposed Class*

**CALL & JENSEN
A Professional Corporation**
MATTHEW R. ORR (211097)
*morr@calljensen.com*
WILLIAM P. COLE (186772)
*wcole@calljensen.com*
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

**AMIN TALATI & UPADHYE, LLC**
Rakesh M. Amin (admitted *pro hac vice*)
*rakesh@amintalati.com*
Ryan M. Kaiser (admitted *pro hac vice*)
*ryan@amintalati.com*
Sanjay S. Karnik (admitted *pro hac vice*)
*sanjay@amintalati.com*
100 S. Wacker Drive, Suite 2000
Chicago, IL 60606
Tel:  (312) 327-3327
Fax:  (312) 884-7352

*Attorneys for Defendant Nutiva, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHIRIN DELALAT, on behalf of herself, all others similarly situated, and the general public,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NUTIVA, INC.,<br><br>　　　　　Defendant. | Case No: 4:16-cv-00711-HSG<br><br>**STIPULATION AND [PROPOSED] ORDER REMOVING DKT. NOS. 135 AND 140-4 FROM THE PUBLIC DOCKET**<br><br>[N.D. Cal. Civ. L.R. 7-12]<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | Plaintiff Shirin Delalat, and Defendant Nutiva, Inc., hereby stipulate to and request that the Court |
| 2 | remove the unredacted copies of Plaintiff's Reply in Support of Motion for Class Certification (Dkt. Nos. |
| 3 | 135, 140-4) from the public docket, as follows. |

Plaintiff Shirin Delalat, and Defendant Nutiva, Inc., hereby stipulate to and request that the Court remove the unredacted copies of Plaintiff's Reply in Support of Motion for Class Certification (Dkt. Nos. 135, 140-4) from the public docket, as follows.

WHEREAS, on January 12, 2018, plaintiff inadvertently filed unredacted copies of plaintiff's Reply in Support of Motion for Class Certification (Dkt. Nos. 135, 140-4 ("Reply"));

WHEREAS, plaintiff's Reply contains confidential information that plaintiff has moved to seal (Dkt. No. 140);

WHEREAS, the clerk of the Court has temporarily locked the unredacted copies of plaintiff's Reply from public view, but cannot remove them entirely absent a motion requesting such relief;

WHEREAS, plaintiff has filed a corrected partially redacted version of the Reply (Dkt. No. 164); and

WHEREAS, plaintiff requested and defendant agreed that removal of these documents from the public docket is appropriate pending the Court's decision on plaintiff's Administrative Motion to File Documents Under Seal.

NOW THEREFORE, the parties stipulate and respectfully request that the Court order:

1. The clerk of the Court shall remove docket numbers 135 and 140-4 from the public docket.

**IT IS SO STIPULATED.**

Dated: April 6, 2018          Respectfully submitted,

/s/ Jack Fitzgerald[1]
**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (*jack@jackfitzgeraldlaw.com*)
TREVOR M. FLYNN (*trevor@jackfitzgeraldlaw.com*)
MELANIE PERSINGER (*melanie@jackfitzgeraldlaw.com*)
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

**THE LAW OFFICE OF PAUL K. JOSEPH, PC**
PAUL K. JOSEPH (*paul@pauljosephlaw.com*)
4125 W. Point Loma Blvd. #206
San Diego, CA 92110
Phone: (619) 767-0356

---

[1] I, Jack Fitzgerald, hereby attest, pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Fax: (619) 331-2943
*Counsel for Plaintiff and the Proposed Class*

Dated: April 6, 2018  /s/ William P. Cole
**CALL & JENSEN**
**A Professional Corporation**
MATTHEW R. ORR (*morr@calljensen.com*)
WILLIAM P. COLE (*wcole@calljensen.com*)
610 Newport Center Drive, Ste. 700
Newport Beach, CA 92660
Phone: (949) 717-3000
Fax: (949) 717-3100

**AMIN TALATI & UPADHYE, LLC**
Rakesh M. Amin (*rakesh@amintalati.com*)
Ryan M. Kaiser (*ryan@amintalati.com*)
Sanjay S. Karnik (*sanjay@amintalati.com*)
100 S. Wacker Drive, Suite 2000
Chicago, IL 60606
Tel:   (312) 327-3327
Fax:   (312) 884-7352

*Counsel for Defendant*

The Court HEREBY ORDERS as follows:

1. The clerk of the Court shall remove docket numbers 135 and 140-4 from the public docket.

**IT IS SO ORDERED.**

 April 9, 2018

Haywood S. Gilliam, Jr.
United States District Judge