# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON JONES and SHIRIN DELALAT, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>NUTIVA, INC.,<br><br>Defendant. | Case No. 4:16-cv-00711 HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO CONTINUE THE OCTOBER 30, 2018 CASE MANAGEMENT CONFERENCE FOR TWO WEEKS TO NOVEMBER 13, 2018**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: January 8, 2016<br>Trial Date: None Set |

Pursuant to the Joint Stipulation and good cause appearing therefor, IT IS HEREBY ORDERED THAT the October 30, 2018, Case Management Conference be continued to November 13, 2018 at 2:00 p.m. to allow the parties sufficient time to complete the settlement of this matter.

**IT IS SO ORDERED.**

Dated: October 30, 2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE