| | |
|---|---|
| **THE LAW OFFICE OF**<br>**JACK FITZGERALD, PC**<br>JACK FITZGERALD (SBN 257370)<br>*jack@jackfitzgeraldlaw.com*<br>TREVOR M. FLYNN (SBN 253362)<br>*trevor@jackfitzgeraldlaw.com*<br>MELANIE PERSINGER (SBN 275423)<br>*melanie@jackfitzgeraldlaw.com*<br>Hillcrest Professional Building<br>3636 Fourth Avenue, Suite 202<br>San Diego, California 92103<br>Phone: (619) 692-3840<br>Fax: (619) 362-9555<br><br>**THE LAW OFFICE OF**<br>**PAUL K. JOSEPH, PC**<br>PAUL K. JOSEPH (SBN 287057)<br>*paul@pauljosephlaw.com*<br>4125 W. Pt. Loma Blvd. No. 309<br>San Diego, California 92110<br>Phone: (619) 767-0356<br>Fax: (619) 331-2943<br><br>*Counsel for Plaintiff and the Proposed Class* | **CALL & JENSEN**<br>**A Professional Corporation**<br>MATTHEW R. ORR (211097)<br>*morr@calljensen.com*<br>WILLIAM P. COLE (186772)<br>*wcole@calljensen.com*<br>610 Newport Center Drive, Suite 700<br>Newport Beach, CA 92660<br>Tel: (949) 717-3000<br>Fax: (949) 717-3100<br><br>**AMIN TALATI & UPADHYE, LLC**<br>Rakesh M. Amin (admitted *pro hac vice*)<br>*rakesh@amintalati.com*<br>Ryan M. Kaiser (admitted *pro hac vice*)<br>*ryan@amintalati.com*<br>Sanjay S. Karnik (admitted *pro hac vice*)<br>*sanjay@amintalati.com*<br>100 S. Wacker Drive, Suite 2000<br>Chicago, IL 60606<br>Tel: (312) 327-3327<br>Fax: (312) 884-7352<br><br>*Attorneys for Defendant Nutiva, Inc.* |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRIN DELALAT, on behalf of herself, all others similarly situated, and the general public,<br><br>　　　　　　Plaintiff,<br>　　v.<br>NUTIVA, INC.,<br>　　　　　　Defendant. | Case No: 4:16-cv-00711-HSG<br><br>**STIPULATION OF DISMISSAL WITHOUT PREDJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Shirin Delalat's individual and representative claims in the above-captioned action be and hereby are voluntarily dismissed without prejudice, and the claims of putative class members be and hereby are also voluntarily dismissed without prejudice.

**IT IS SO STIPULATED.**

Dated: December 4, 2018      Respectfully submitted,

/s/ Jack Fitzgerald[1]
**THE LAW OFFICE OF JACK FITZGERALD, PC**
JACK FITZGERALD (*jack@jackfitzgeraldlaw.com*)
TREVOR M. FLYNN (*trevor@jackfitzgeraldlaw.com*)
MELANIE PERSINGER (*melanie@jackfitzgeraldlaw.com*)
Hillcrest Professional Building
3636 Fourth Avenue, Suite 202
San Diego, California 92103
Phone: (619) 692-3840
Fax: (619) 362-9555

**THE LAW OFFICE OF PAUL K. JOSEPH, PC**
PAUL K. JOSEPH (*paul@pauljosephlaw.com*)
4125 W. Point Loma Blvd. #309
San Diego, CA 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

*Counsel for Plaintiff and the Proposed Class*

Dated: December 4, 2018      /s/ Matthew R. Orr
**CALL & JENSEN**
**A Professional Corporation**
MATTHEW R. ORR (*morr@calljensen.com*)
WILLIAM P. COLE (*wcole@calljensen.com*)
610 Newport Center Drive, Ste. 700
Newport Beach, CA 92660

---

[1] I, Jack Fitzgerald, hereby attest, pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), that the concurrence to the filing of this document has been obtained from each signatory hereto.

Phone: (949) 717-3000
Fax: (949) 717-3100
**AMIN TALATI & UPADHYE, LLC**
Rakesh M. Amin (*rakesh@amintalati.com*)
Ryan M. Kaiser (*ryan@amintalati.com*)
Sanjay S. Karnik (*sanjay@amintalati.com*)
100 S. Wacker Drive, Suite 2000
Chicago, IL 60606
Tel:   (312) 327-3327
Fax:   (312) 884-7352
***Counsel for Defendant***